**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CleanFUEL USA, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1190096** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 Halmar Cove**<br>**Georgetown, TX 78628** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **cleanfuelusa.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CleanFUEL USA, Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **CleanFUEL USA, Inc.**                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district?***

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

   ■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **CleanFUEL USA, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 1, 2016**
              MM / DD / YYYY

**X** **/s/ Curtis J. Donaldson**                     **Curtis J. Donaldson**
Signature of authorized representative of debtor      Printed name

Title   **President and CEO**

**18. Signature of attorney**

**X** **/s/ C. Daniel Roberts**                       Date   **April 1, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**C. Daniel Roberts**
Printed name

**C. Daniel Roberts & Associates, P.C.**
Firm name

**1602 East Cesar Chavez**
**Austin, TX 78702-4456**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 494-8448**      Email address   **droberts@cdrlaw.net**

**16999200**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CleanFUEL USA, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMTROL Inc PO Box 418148 Boston, MA 02241 | | | | | | $32,655.79 |
| Continental Automotive Italy Continental 206 Km 28 Loc Lucian (PISA) Italy | | | | | | $55,225.00 |
| Endress + Hauser Dept. 78795 PO Box 78000 Detroit, MI 48278-0795 | | | | | | $185,116.94 |
| Exotic Automation & Supply 34700 Grand River Ave. Farmington Hills, MI 48335 | | | | | | $64,255.00 |
| Force 911 455 Lively Avenue Norcoss, GA 30071 | | | | | | $34,461.76 |
| Greg Sales 2626 Ravello Ridge Drive Austin, TX 78735 | | | | | | $564,850.62 |
| ICOM North America, LLC 54790 Grand River Ave New Hudson, MI 48165 | | | | | | $240,834.73 |
| Kent Rubber Supply Blake Snyder Clyde Park SW Grand Rapids, MI 49509 | | | | | | $48,974.47 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Minarik Automation & Control 62303 Collections Center Dr Chicago, IL 60693** | | | | | | $46,435.22 |
| **RTD Manufacturing 1150 S. Elm St. Jackson, MI 49203** | | | | | | $81,073.30 |
| **Scott, Douglass & McConnico, LLP 303 Colorado St. Ste 2400 Austin, TX 78701** | | | | | | $107,563.01 |
| **Select Premium Services, Inc. 102 N. Washington El Campo, TX 77437** | | | | | | $55,057.00 |
| **South Coast Partners, LLC 2626 Ravello Ridge Drive Austin, TX 78735** | | | | | | $1,118,055.55 |
| **Tejas Propane, LLC 320 Park Lane Burnet, TX 78611** | | | | | | $136,107.00 |
| **Terry Klare 5949 Sherry Lane Ste 970 Dallas, TX 75225** | | | | | | $554,722.24 |
| **Thomas Built Buses Tommy Smith 1408 Courtesy Road High Point, NC 27260** | | | | | | $102,500.00 |
| **U.S. Dept of Energy Morgantown Campus 3610 Collins Ferry Road PO Box 880 Morgantown, WV 26507-0880** | | | | | | $1,762,468.00 |
| **United Loan Processing PO Box 2373 Charleston, WV 25328** | | | | | | $1,899,100.52 |
| **Whitney Bank Credit Card Center PO Box 23070 Columbus, GA 71007-4688** | | | | | | $35,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitney Bank Lake Charles Commercial Len** **3401 Ryan Street** **Lake Charles, LA 70605** | | | | | | **$155,010.73** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

A.1. Engraving & Signs Trevor McElroy
McElroy 397 A Washington St.
Brighton, MI 48116

A.I.M.
16800 Radholme Ct Suite A
Round Rock, TX 78664

Absopure Water Company
PO Box 701760
Plymouth, MI 48170

Ace Bolt & Screw/Fastserv Supply FastSer
PO Box 941649
Plano, TX 75094

ACT EXPO c/o Gladstein, Neandross & Asso
2525 Ocean Park Blvd, Ste 200
Santa Monica, CA 90405

Advanced Fuel Components
P.O. Box 168
Marshall, MI 49068

Airgas - Southwest
PO Box 676015
Dallas, TX 75267-6015

Airgas Great Lakes
PO Box 802576
Chicago, IL 60680-2576

Ally
PO Box 9001948
Louisville, KY 40290-1948

AmeriGas - 598P Georgetown AmeriGas
9721 U.S. Hwy 290
Austin, TX 78724

AMTROL Inc
PO Box 418148
Boston, MA 02241

Aramark Refreshment Services
32985 Industrial Rd
Livonia, MI 48150


Ascend Marketing, LLC
1450 Hughes Rd., Ste #106
Grapevine, TX 76051


Atlantic India Rubber Co. Irene Morris
1437 KY Route 1428 P.O. Box 460
Hager Hill, KY 41222


Austin Armature Works, LP
304 Commercial Drive
Buda, TX 78610


Auto Safety House
2630 W. Buckeye Rd.
Phoenix, AZ 85009


Brian Turner
1250 Capital of Texas Hwy South Building
Austin, TX 78746


Burns Truck and Trailer
1496 Santos Ave.
Ripon, CA 95366


ByTech Automotive Services
PO Box 81514
Rochester, MI 48308-1514


Capital Building Services
11634 Arbor Downs Road
Austin, TX 78748


Cavagna North America
50 Napoleon Court
Somerset, NJ 08873


Cavazos, Jeronimo
1889 Butler Road
Wylie, TX 75098

CDW Direct
PO Box 75723
Chicago, IL 60675-5723


CellData Solutions
PO Box 127
Brandon, MS 39043


Cincinnati Test Systems, Inc
10100 Progress Way
Harrison, OH 45030


Cintas Corporation
PO Box 650838
Dallas, TX 75265-0838


Cintas Corporation #31
P.O. Box 630910
Cincinnati, OH 45263-0910


Cintas FAS
PO Box 631025
Cincinnati, OH 45263-1025


City of Georgetown
PO Box 1430
Georgetown, TX 78627-1430


City of Wixom
49045 Pontiac Trail
Wixon, MI 48393-2567


Comfort Suites
11 Waters Edge Circle
Georgetown, TX 78626


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Consumers Energy Payment Center
PO Box 740309
Cincinnati, OH 45274-0309

Continental Automotive Italy Continental
206 Km 28 Loc
Lucian (PISA) Italy


Corken, Inc.
99598 Collection Center Drive
Chicago, IL 60693


Crowell Moring
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


D & J Mobile Truck Repair, Inc.
411 Pineview St.
Lucama, NC 27851


David Wayne Moore
4110 14th Ave E
Bradenton, FL 34208


Digi-Key Corp
PO BOX 250
Thief River Falls, MN 56701-0677


Douglas Electrical Components
5 Middlebury Blvd.
Randolph, NJ 07869


DTE Energy
PO Box 740786
Cincinnati, OH 45274-0786


East Sac County CSD
PO Box 110
Lake View, IA 51450


ECO Inc. ECO Joshua R Pietak
P.O. Box 2731
Rocklin, CA 95677

Elaflex Pacific Pty Ltd. UNIT 29
UNIT 29, 58 BOX RD PO BOX 2186
TAREN POINT 02229


Endress + Hauser Dept. 78795
PO Box 78000
Detroit, MI 48278-0795


Eric Holland
288 Grayling St.
New Hudson, MI 48165


Exotic Automation & Supply
34700 Grand River Ave.
Farmington Hills, MI 48335


Express Services
2000 N Mays Ste. 202
Round Rock, TX 78664


Express Services, Inc.
Attn: Legal Department
9701 Boardwalk Blvd.
Oklahoma City, OK 73162


Faro Screen Process
41805 Koppernick Rd.
Canton, MI 48187


FiBox Enclosures
810 Cromwell Parks Dr.
Suite R.
Glen Burnie, MD 21061


First Student Waukesha
45 Anderson Road
Buffalo, NY 14225


FJC Personnel, LLC
1701 S. Mays
Ste I
Round Rock, TX 78664

Foley & Lardner
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489


Force 911
455 Lively Avenue
Norcoss, GA 30071


Ford Credit
PO Box 552679
Detroit, MI 48255-2679


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Freightliner of Delmarva
P.O. Box 2135
Salisbury, MA 21802


Gann Products Company Inc.
9540 Stewart & Gray Rd.
Downey, CA 90241


Georgia Gas
6000 Lake Forrest Dr NW
Ste 230
Atlanta, GA 30328


Gilbarco, Inc.
12249 Collections Center Dr.
Chicago, IL 60693


Gina Manassero
1312 Travis Heights Blvd.
Austin, TX 78704


Global Hoses & Fittings
30370 Fox Club Dr.
Farmington Hills, MI 48331

Goeke, Gregory
1480 Taitwood Rd.
Centerville, OH 45459


Graves Dougherty Hearon & Moody
PO Box 98
Austin, TX 78767


Greener Texas Pest and Lawn Services, LL
PO Box 2748
Georgetown, TX 78627


Greenleaf
PO Box 6099
Phoenix, AZ 85005


Greg Sales
2626 Ravello Ridge Drive
Austin, TX 78735


Griffin Frey PLLC
900 West Ave.
Ste 201
Austin, TX 78701


GSI & Associates
P.O. Box 189
Templeton, CA 93465


Hecon/Hengstler
14098 Collections Center Dr.
Chicago, IL 60693


ICOM North America, LLC
54790 Grand River Ave
New Hudson, MI 48165


IDWholesaler
18640 Lake Drive
East Chanhassen, MN 55317


Image Business Solutions
28339 Beck Road
Suite F2
Wixom, MI 48393

IMPCO Technologies
P.O. Box 231
Union City, IN 47390


James Eddie Grey
900 Virginia Street, East
Charleston, WV 25301


JGB Enterprises, Inc.
PO Box 209
Liverpool, NY 13088


John D. White
4028 Overbrook Lane
Houston, TX 77027


Kent Rubber Supply
Blake Snyder
Clyde Park SW
Grand Rapids, MI 49509


Kim's Cleaning
275 Clyde
Highland, MI 48357


Kitsap Propane Company
PO Box 2092
Kingston, WA 98346


LA Freightliner, LLC
PO Box 101284
Pasadena, CA 91189-1284


Lampton Love Gas Company, Inc.
380 Carrier Blvd
Richland, MS 39073


Louisiana Clean Fuels
PO Box 1771
Baton Rouge, LA 70821


Mark Hoebener
212 Cornhill Dr
Jarrell, TX 76537

Mato, James
1859 Nikki Ct
Howell, MI 48843


Matthews Buses Inc.
2900 Route 9
Ballston Spa, NY 12020


MaXcom Securities, Inc.
1968 S. Austin Avenue
Bldg. B
Suite 102
Georgetown, TX 78626


McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


McMinnville Gas Inc.
1384 N.E Hwy 99W
McMinnville, OR 97128


Metro Welding Supply
12620 Southfield
Detroit, MI 48223


Minarik Automation & Control
62303 Collections Center Dr
Chicago, IL 60693


Mouser Electronics
PO Box 99319
Fort Worth, TX 76199-0319


MSC Industrial Supply Co. Inc.
1020 N. Wood Dale Rd.
Wood Dale, IL 60191


MWD Outdoors LLC
3862 Saddle Ln.
Milford, MI 48381

New Eagle
3588 Plymouth Rd.
#272
Ann Arbor, MI 48105-2603


NEWTECH 3
PO Box 441123
Detroit, MI 48244-1123


Northwest Propane - V
1515 W. Beltline Rd.
Ste. 100
Carrollton, TX 75006


Oliver "Rick" Richard
1301 Shell Beach Drive
Lake Charles, LA 70601


One Touch Point - GINNY'S
PO Box 143924
Austin, TX 78714-3924


One Vision Solutions, LLC
PO Box 5369 Box 1816446
Norman, OK 73070-5369


OneSource Water
PO Box 677867
Dallas, TX 75267-7867


PAETEC
PO Box 9001013
Louisville, KY 40290-1013


Petroleum Solutions, Inc
PO Box 2346
McAllen, TX 78502


Portland Public Schools
Ven Accounts Rec Finance Department
PO Box 3107
Portland, OR 97208

Powertrain Intergrations
32505 Industrial Dr
Madison Heights, MI 48071


Progressive Metal Manufacturing Co.
3100 E. 10 Mile Rd.
Warren, MI 48091


R+L Carriers, Inc.
Attn: AR Dept
PO Box 271
Wilmington, OH 45177-0271


REXEL
PO Box 844519
Dallas, TX 75284-4519


Ricardo, Inc.
Chicago Technical Center
7850 S. Grant Street
Burr Ridge, IL 60527


Rotarex North America, Inc.
221 Westec Dr.
Mt Pleasant, PA 15222


RTD Manufacturing
1150 S. Elm St.
Jackson, MI 49203


Schetky Northwest Sales Inc.
8430 NE Killingsworth St.
Portland, OR 97220


Scott, Douglass & McConnico, LLP
303 Colorado St. Ste 2400
Austin, TX 78701


Select Premium Services, Inc.
102 N. Washington
El Campo, TX 77437

Sherrard, German & Kelly,PC
28th Floor
Two PNC Plaza
Pttsburg, PA 15222


SLEEGERS Engineered Products Inc.
5 Cuddy Blvd.
London, ON N5V 3Y3 CANADA


Smart Office Solutions, Inc.
3820 Plaza Drive
Ann Arbor, MI 48108


SOS MFG Inc
111 Packer Drive
Roberts, WI 54023


South Coast Partners, LLC
2626 Ravello Ridge Drive
Austin, TX 78735


Squibb-Taylor Squibb Taylor Inc
PO Box 732488
Dallas, TX 75373


Steve Dauphin
C/O Fidelis Capital
820 Shades Creek Pkwy, #1200
Birmingham, AL 35209


Suburban Bolt and Supply Co.
27670 Groesbeck Highway
Roseville, MI 48066


Suddenlink
PO Box 660365
Dallas, TX 75266-0365


Talon Motorsports
8403 Deercreek Drive
Riverside, CA 92508


Techno Diesel Inc
1260 Chemin des Prairies
Joliette, QC J6E 0L4 CANADA

Tecnologia Digital Del Bajio
S.A. de C.V. R.F.C.
TDB-121011-SBA Avenida Guerrero # 1003
Co, C.P. 36690-0000


Tejas Propane, LLC
320 Park Lane
Burnet, TX 78611


Terminal Supply
1800 Thunderbird
Troy, MI 48084


Terry Klare
5949 Sherry Lane
Ste 970
Dallas, TX 75225


The Ed Rachal Foundation
500 N Shoreline Blvd #606
Corpus Christi, TX 78401


Thomas Built Buses
Tommy Smith
1408 Courtesy Road
High Point, NC 27260


Thomas Bus Gulf Coast
PO Box 4889
Houston, TX 77210


Tim Elliott Elliott Properties, Ltd
111 Halmar Cove
Georgetown, TX 78628


Tooltopia
125 Freestate Blvd.
Shreveport, LA 71107


Troy Tube & Mfg. Co.
50100 E. Russell Schmidt Blvd.
Chesterfield, MI 48051

Truck Country of Indiana
dba Stoops Freightliner
27825 Network Place
Chicago, IL 60673-1278


U.S. Dept of Energy
Morgantown Campus
3610 Collins Ferry Road PO Box 880
Morgantown, WV 26507-0880


U.S. Digital
1400 NE 136th Ave.
Vancouver, WA 98684


Uline
PO Box 88741
Chicago, IL 60680


Underwriters Laboratories, Inc.
PO Box 75330
Chicago, IL 60675-5330


United Bank
PO Box 393
Charleston, WV 25392


United Loan Processing
PO Box 2373
Charleston, WV 25328


United Parcel Service
Box 577
Carol Stream, IL 60132-0577


UPS SCS Dallas
PO Box 730900
Dallas, TX 75373-0900


V Converter
10505 Plaza Dr.
Whitmore Lake, MI 48189


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

W. Henry Harmon
900 Virginia Street, East
Charleston, WV 25301

Waste Management of Michigan, Inc.
PO Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Equipment Finance Manufactur
PO Box 7777
San Francisco, CA 94120-7777

Western Propane Gas Association
2012 H Street, Ste 203
Sacramento, CA 95811

Whitney Bank Credit Card Center
PO Box 23070
Columbus, GA 71007-4688

Whitney Bank Lake Charles Commercial Len
3401 Ryan Street
Lake Charles, LA 70605

Williams Supply Company
3131 Bolton Road
Marion, TX 78124

Worldwide Express
P.O. Box 26070
Austin, TX 78755

Worthington Cylinders Corp.
200 Old Wilson Bridge Rd.
Worthington, OH 43085

# United States Bankruptcy Court
## Western District of Texas

In re __CleanFUEL USA, Inc.__                                 Case No. _____
                            Debtor(s)                         Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CleanFUEL USA, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April  1, 2016__                              /s/ C. Daniel Roberts
Date                                            **C. Daniel Roberts**
                                                Signature of Attorney or Litigant
                                                Counsel for   **CleanFUEL USA, Inc.**
                                                **C. Daniel Roberts & Associates, P.C.**
                                                **1602 East Cesar Chavez**
                                                **Austin, TX 78702-4456**
                                                **(512) 494-8448 Fax:(512) 494-8712**
                                                **droberts@cdrlaw.net**