Fill in this information to identify the case:

Debtor name: **CleanFUEL USA, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known): **16-10398**

■ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| AMTROL Inc<br>PO Box 418148<br>Boston, MA 02241 | | | | | | $32,655.79 |
| Continental Automotive Italy<br>Continental<br>206 Km 28 Loc<br>Lucian (PISA) Italy | | | | | | $55,225.00 |
| Endress + Hauser<br>Dept. 78795<br>PO Box 78000<br>Detroit, MI 48278-0795 | | | | | | $185,116.94 |
| Exotic Automation & Supply<br>34700 Grand River Ave.<br>Farmington Hills, MI 48335 | | | | | | $64,255.00 |
| Force 911<br>455 Lively Avenue<br>Norcoss, GA 30071 | | | | | | $34,461.76 |
| Greg Sales<br>2626 Ravello Ridge Drive<br>Austin, TX 78735 | | | | | | $564,850.62 |
| ICOM North America, LLC<br>54790 Grand River Ave<br>New Hudson, MI 48165 | | | | | | $240,834.73 |
| Kent Rubber Supply<br>Blake Snyder<br>Clyde Park SW<br>Grand Rapids, MI 49509 | | | | | | $48,974.47 |

Debtor **CleanFUEL USA, Inc.**
Name

Case number *(if known)* **16-10398**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Minarik Automation & Control** 62303 Collections Center Dr Chicago, IL 60693 | | | | | | $46,435.22 |
| **RTD Manufacturing** 1150 S. Elm St. Jackson, MI 49203 | | | | | | $81,073.30 |
| **Scott, Douglass & McConnico, LLP** 303 Colorado St. Ste 2400 Austin, TX 78701 | | | | | | $107,563.01 |
| **Select Premium Services, Inc.** 102 N. Washington El Campo, TX 77437 | | | | | | $55,057.00 |
| **Sherrard, German & Kelly,PC** 28th Floor Two PNC Plaza Pttsburg, PA 15222 | | | | | | $31,015.55 |
| **South Coast Partners, LLC** 2626 Ravello Ridge Drive Austin, TX 78735 | | | | | | $1,118,055.55 |
| **Tejas Propane, LLC** 320 Park Lane Burnet, TX 78611 | | | | | | $136,107.00 |
| **Terry Klare** 5949 Sherry Lane Ste 970 Dallas, TX 75225 | | | | | | $554,722.24 |
| **Thomas Built Buses Tommy Smith** 1408 Courtesy Road High Point, NC 27260 | | | | | | $102,500.00 |
| **U.S. Dept of Energy Morgantown Campus** 3610 Collins Ferry Road PO Box 880 Morgantown, WV 26507-0880 | | | | | | $1,762,468.00 |
| **Whitney Bank Credit Card Center** PO Box 23070 Columbus, GA 71007-4688 | | | | | | $35,000.00 |

Debtor **CleanFUEL USA, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)* **16-10398**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitney Bank Lake Charles Commercial Len**<br>**3401 Ryan Street**<br>**Lake Charles, LA 70605** | | | | | | **$155,010.73** |