| | | April week ending | | | |
| --- | --- | --- | --- | --- | --- |
| | | **8-Apr** | **15-Apr** | **22-Apr** | **29-Apr** |
| Revenue | | 61,534.26 | 42,032.79 | 179,201.62 | 224,379.30 |
| COGS | | 123,375.46 | 34,469.62 | 143,345.26 | 49,924.26 |
| | Gross Margin | (61,841.20) | 7,563.17 | 35,856.36 | 174,455.04 |
| Operations | | | | | |
| | Payroll | | 130,000.00 | | 130,000.00 |
| | Certifications | 42,000.00 | - | 13,900.00 | 1,524.00 |
| | Marketing | 752.54 | 48.71 | 1,050.00 | - |
| | Employee Reimb | 3,841.39 | | | |
| | Service & Warranty | 4,394.64 | 1,530.00 | 17,550.22 | 2,541.79 |
| | Office Supplies | 3,100.15 | | | |
| | Temp Labor | 692.17 | 635.97 | 694.00 | 694.00 |
| | Utilities | 4,027.50 | 68.80 | - | 187.10 |
| | | 58,808.39 | 132,283.48 | 33,194.22 | 134,946.89 |
| | | | | | |
| | Weekly totals | (120,649.59) | (124,720.31) | 2,662.14 | 39,508.15 |
| | Cumulative | (120,649.59) | (245,369.90) | (242,707.76) | (203,199.61) |

**EXHIBIT
A**