**Fill in this information to identify the case:**

Debtor name    **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF TEXAS**

Case number (if known)   **16-10398**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2016**     *X* **/s/ Curtis J. Donaldson**
                                      Signature of individual signing on behalf of debtor

                                           **Curtis J. Donaldson**
                                           Printed name

                                           **President and CEO**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-10398**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $     **Unknown**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $     **672,247.67**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $     **672,247.67**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **18,699,191.23**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................. $     **88,279.30**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **7,332,994.92**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b     $     **26,120,465.45**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-10398**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$612.00** |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
         Name of institution (bank or brokerage firm)                    Type of account                    Last 4 digits of account number

| 3.1.   **checking, savings or other financial accts** | | | **$7,362.00** |
|---|---|---|---|

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$7,974.00** |

**Part 2:        Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| 7.1.   **Halmar Cove, Georgetown, TX Lease** | **$5,000.00** |
|---|---|
| 7.2.   **Wixom, MI Lease** | **$3,541.67** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(If known)* **16-10398** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

$8,541.67

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **708,756.00**   -   **53,024.00**   = ....    **$655,732.00**

              face amount                 doubtful or uncollectible accounts

12. **Total of Part 3.**

$655,732.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Components (MI)** | | **$2,053,851.00** | | **Unknown** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

**Unknown**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value        Valuation method        Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | **CleanFUEL USA, Inc.** | Case number *(If known)* **16-10398** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**SEE ATTACHED EXHIBIT "A"** | **$9,131.22** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Technology SEE ATTACHED EXHIBIT "A"** | **$228,883.86** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **Unknown** |
|---|---|---|

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **SEE ATTACHED EXHIBIT "A"** | **$117,431.42** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number (If known) **16-10398** |
|--------|-------------------------|-------------------------------------|
| | Name | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Production Equipment AND Marketing Equipment: SEE ATTACHED EXHIBIT "A"** — $38,474.40 — Unknown

**51.** **Total of Part 8.** — Unknown

Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Wixom, MI Lease -LEASED IMPROVEMENTS: SEE ATTACHED EXHIBIT "A"** | | Unknown | | Unknown |
| 55.2. **Halmar Cove, Georgetown, TX Lease LEASED IMPROVEMENTS: SEE ATTACHED EXHIBIT "A"** | | $33,029.23 | | Unknown |

**56.** **Total of Part 9.** — Unknown

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(If known)* **16-10398** |
|---|---|---|
| | Name | |

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

<span style="background:black;color:white">Part 10:</span>   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademarks: 1)CleanFUEL, USA, Inc. 2) CleanFUEL eConnect 3) LPI** **Patent: Dual-mode dispenser apparatus** | **Unknown** | | **Unknown** |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
        Add lines 60 through 65. Copy the total to line 89.

| **Unknown** |
|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

<span style="background:black;color:white">Part 11:</span>   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(If known)* **16-10398** |
|---|---|---|
| | Name | |

<hr>

**Part 12:**      Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,974.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,541.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $655,732.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | Unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | Unknown | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $672,247.67 | + 91b.    Unknown |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $672,247.67 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-10398**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | | **2013 GMC TRUCK** | $16,074.05    Unknown |

**PO Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/15/2013**
Last 4 digits of account number
**4413**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ford Credit** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | | **2015 FORD F150** | $30,053.80    Unknown |

**PO Box 552679**
**Detroit, MI 48255-2679**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/1/2015**
Last 4 digits of account number
**3598**

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **CleanFUEL USA, Inc.** | Case number (if know) | **16-10398** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **John D. White** | Describe debtor's property that is subject to a lien | $50,834.62 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2015 FORD F150** | | |

**4028 Overbrook Lane**
**Houston, TX 77027**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2/1/2016**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1770**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **The Ed Rachal Foundation** | Describe debtor's property that is subject to a lien | $16,658,597.72 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All of Debtor's tangible and intangible property** | | |

**500 N Shoreline Blvd #606**
**Corpus Christi, TX 78401**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**Various**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **United Loan Processing** | Describe debtor's property that is subject to a lien | $1,899,100.52 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All of Debtor's tangible and intangible property** | | |

**PO Box 2373**
**Charleston, WV 25328**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | CleanFUEL USA, Inc. | Case number (if know) | 16-10398 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Wells Fargo Equipment Finance Manufactur** | Describe debtor's property that is subject to a lien | $27,374.04 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 7777**
**San Francisco, CA**
**94120-7777**

Creditor's mailing address

**Fork lift**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**8/18/2014**

**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Wells Fargo Equipment Finance Manufactur** | Describe debtor's property that is subject to a lien | $17,156.48 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 7777**
**San Francisco, CA**
**94120-7777**

Creditor's mailing address

**Fork lift**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/1/2015**

**Last 4 digits of account number**
**3002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$18,699,191.**

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

| Debtor | **CleanFUEL USA, Inc.** | Case number (if know) | **16-10398** |
|---|---|---|---|
| | Name | | |

| | 23 |
|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-10398**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Colorado Dept. of Revenue**<br>**1375 Sherman St.**<br>**Denver, CO 80203** | | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $332.01 | $332.01 |
| | Date or dates debt was incurred | | |
| | Basis for the claim: | | |
| | Last 4 digits of account number | | |
| | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | |
| | **Florida Department of Revenue**<br>**Revenue Out of State Collections Unit**<br>**1401 W US Highway 90 Ste 100**<br>**Lake City, FL 32055-1230** | | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $655.70 | $655.70 |
| | Date or dates debt was incurred | | |
| | Basis for the claim: | | |
| | Last 4 digits of account number | | |
| | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | |

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,748.62 | $1,748.62 |
|---|---|---|---|---|

**Georgia Dept. of Revenue**
**4125 Welcome All Rd**
**Atlanta, GA 30349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $723.29 | $723.29 |
|---|---|---|---|---|

**Illinois Dept of Revenue**
**PO Box 19013**
**Springfield, IL 62791-9013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $928.09 | $928.09 |
|---|---|---|---|---|

**Indiana State Compliance**
**9465 Counselors Row Suite 200**
**Indianapolis, IN 46240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,157.03 | $38,157.03 |
|---|---|---|---|---|

**Louisana Dept of Revenue**
**PO Box 201**
**Baton Rouge, LA 70821-0201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.67 | $197.67 |
|---|---|---|---|---|

**Michigan Dept of Treasury**
**PO Box 30427**
**Lansing, MI 48909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0096**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,368.71 | $40,368.71 |
|---|---|---|---|---|

**Oklahoma Dept of Revenue**
**PO Box 269060**
**Oklahoma City, OK 73126-9060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2602**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.03 | $689.03 |
|---|---|---|---|---|

**State Board of Equalization**
**P.O. Box 942879**
**Sacramento, CA 94279-7072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8305**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,720.31 | $2,720.31 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**PO Box 149359**
**Austin, TX 78714-9359**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0961**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | | Case number (if known) | **16-10398** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,657.78 | $1,657.78 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**West Virginia State Tax Department**
**PO Box 1826**
**Charleston, WV 25327-1826**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9019**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.06 | $101.06 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Wisconsin Dept of Revenue**
**P.O. Box 8921**
**Madison, WI 53708-8921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**A.1. Engraving & Signs Trevor McElroy**
**McElroy 397 A Washington St.**
**Brighton, MI 48116**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,458.50 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**A.I.M.**
**16800 Radholme Ct Suite A**
**Round Rock, TX 78664**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.25 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Absopure Water Company**
**PO Box 701760**
**Plymouth, MI 48170**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$771.49** |
|---|---|---|---|

**Ace Bolt & Screw/Fastserv Supply FastSer**
**PO Box 941649**
**Plano, TX 75094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**ACT EXPO c/o Gladstein, Neandross & Asso**
**2525 Ocean Park Blvd, Ste 200**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.00** |
|---|---|---|---|

**Advanced Fuel Components**
**P.O. Box 168**
**Marshall, MI 49068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.20** |
|---|---|---|---|

**Airgas - Southwest**
**PO Box 676015**
**Dallas, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8788**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.01** |
|---|---|---|---|

**Airgas Great Lakes**
**PO Box 802576**
**Chicago, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.27** |
|---|---|---|---|

**AmeriGas - 598P Georgetown AmeriGas**
**9721 U.S. Hwy 290**
**Austin, TX 78724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3140**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,655.79** |
|---|---|---|---|

**AMTROL Inc**
**1400 Divison Road**
**West Warwick, RI 02893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Aramark Refreshment Services**
**32985 Industrial Rd**
**Livonia, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number **6320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,684.90 |
|---|---|---|---|

**Ascend Marketing, LLC**
**1450 Hughes Rd., Ste #106**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.25 |
|---|---|---|---|

**Atlantic India Rubber Co. Irene Morris**
**1437 KY Route 1428 P.O. Box 460**
**Hager Hill, KY 41222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,250.00 |
|---|---|---|---|

**Austin Armature Works, LP**
**304 Commercial Drive**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number **393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.46 |
|---|---|---|---|

**Auto Safety House**
**2630 W. Buckeye Rd.**
**Phoenix, AZ 85009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,610.00 |
|---|---|---|---|

**Brian Turner**
**1250 Capital of Texas Hwy South Building**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,496.00 |
|---|---|---|---|

**Burns Truck and Trailer**
**1496 Santos Ave.**
**Ripon, CA 95366**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | | Case number (if known) | **16-10398** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.00** |
|---|---|---|---|

**ByTech Automotive Services**
PO Box 81514
Rochester, MI 48308-1514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351.81** |
|---|---|---|---|

**Capital Building Services**
11634 Arbor Downs Road
Austin, TX 78748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,906.05** |
|---|---|---|---|

**Cavagna North America**
50 Napoleon Court
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,325.00** |
|---|---|---|---|

**Cavazos, Jeronimo**
1889 Butler Road
Wylie, TX 75098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.58** |
|---|---|---|---|

**CDW Direct**
PO Box 75723
Chicago, IL 60675-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.80** |
|---|---|---|---|

**CellData Solutions**
PO Box 127
Brandon, MS 39043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|

**Cincinnati Test Systems, Inc**
10100 Progress Way
Harrison, OH 45030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.79**

**Cintas Corporation**
PO Box 650838
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4660**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.30**

**Cintas Corporation #31**
P.O. Box 630910
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **Novi**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.02**

**Cintas FAS**
PO Box 631025
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402.29**

**City of Georgetown**
PO Box 1430
**Georgetown, TX 78627-1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1903**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297.47**

**City of Wixom**
49045 Pontiac Trail
**Wixon, MI 48393-2567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,235.68**

**Comfort Suites**
11 Waters Edge Circle
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.32**

**Concur Technologies, Inc.**
62157 Collections Center Drive
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3806**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CleanFUEL USA, Inc. | Case number (if known) | 16-10398 |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.49 |
|---|---|---|---|

**Consumers Energy Payment Center**
PO Box 740309
Cincinnati, OH 45274-0309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,225.00 |
|---|---|---|---|

**Continental Automotive Italy Continental**
206 Km 28 Loc
Lucian (PISA) Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,196.00 |
|---|---|---|---|

**Corken, Inc.**
99598 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5223**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,320.00 |
|---|---|---|---|

**Crowell Moring**
1001 Pennsylvania Ave. NW
Washington, DC  20004-2595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,125.68 |
|---|---|---|---|

**CT Corporation**
PO Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.10 |
|---|---|---|---|

**D & J Mobile Truck Repair, Inc.**
411 Pineview St.
Lucama, NC 27851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,600.00 |
|---|---|---|---|

**David Wayne Moore**
4110 14th Ave E
Bradenton, FL 34208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,151.41** |
|---|---|---|---|

**David Wayne Moore**
**4110 14th Ave E**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,089.30** |
|---|---|---|---|

**Digi-Key Corp**
**PO BOX 250**
**Thief River Falls, MN 56701-0677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8018

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,058.38** |
|---|---|---|---|

**Douglas Electrical Components**
**5 Middlebury Blvd.**
**Randolph, NJ 07869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,074.04** |
|---|---|---|---|

**DTE Energy**
**PO Box 740786**
**Cincinnati, OH 45274-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$408.00** |
|---|---|---|---|

**East Sac County CSD**
**PO Box 110**
**Lake View, IA 51450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**ECO Inc. ECO Joshua R Pietak**
**P.O. Box 2731**
**Rocklin, CA 95677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,321.77** |
|---|---|---|---|

**Elaflex Pacific Pty Ltd. UNIT 29**
**UNIT 29, 58 BOX RD PO BOX 2186**
**TAREN POINT   02229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | CleanFUEL USA, Inc. | | Case number (if known) | 16-10398 |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,116.94 |
|---|---|---|---|

**Endress + Hauser Dept. 78795**
**PO Box 78000**
**Detroit, MI 48278-0795**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.49 |
|---|---|---|---|

**Eric Holland**
**288 Grayling St.**
**New Hudson, MI 48165**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,255.00 |
|---|---|---|---|

**Exotic Automation & Supply**
**34700 Grand River Ave.**
**Farmington Hills, MI 48335**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,827.86 |
|---|---|---|---|

**Express Services**
**2000 N Mays Ste. 202**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,064.92 |
|---|---|---|---|

**Express Services, Inc.**
**Attn: Legal Department**
**9701 Boardwalk Blvd.**
**Oklahoma City, OK 73162**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,378.00 |
|---|---|---|---|

**Faro Screen Process**
**41805 Koppernick Rd.**
**Canton, MI 48187**

Date(s) debt was incurred _
Last 4 digits of account number  **cleafuel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,148.50 |
|---|---|---|---|

**FiBox Enclosures**
**810 Cromwell Parks Dr.**
**Suite R.**
**Glen Burnie, MD 21061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,097.50** |
|---|---|---|---|

**First Student Waukesha**
**45 Anderson Road**
**Buffalo, NY 14225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,022.40** |
|---|---|---|---|

**FJC Personnel, LLC**
**1701 S. Mays**
**Ste I**
**Round Rock, TX 78664**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,652.15** |
|---|---|---|---|

**Foley & Lardner**
**One Detroit Center**
**500 Woodward Avenue**
**Suite 2700**
**Detroit, MI 48226-3489**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,461.76** |
|---|---|---|---|

**Force 911**
**455 Lively Avenue**
**Norcross, GA 30071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257-0531**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,164.44** |
|---|---|---|---|

**Freightliner of Delmarva**
**P.O. Box 2135**
**Salisbury, MA 21802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,020.00** |
|---|---|---|---|

**Gann Products Company Inc.**
**9540 Stewart & Gray Rd.**
**Downey, CA 90241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CleanFUEL USA, Inc. | Case number (if known) | 16-10398 |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,397.59 |
|---|---|---|---|

**Georgia Gas**
**6000 Lake Forrest Dr NW**
**Ste 230**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,102.40 |
|---|---|---|---|

**Gilbarco, Inc.**
**12249 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5161**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $709.00 |
|---|---|---|---|

**Gina Manassero**
**1312 Travis Heights Blvd.**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,241.00 |
|---|---|---|---|

**Global Hoses & Fittings**
**30370 Fox Club Dr.**
**Farmington Hills, MI 48331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,051.62 |
|---|---|---|---|

**Goeke, Gregory**
**1480 Taitwood Rd.**
**Centerville, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,567.00 |
|---|---|---|---|

**Graves Dougherty Hearon & Moody**
**PO Box 98**
**Austin, TX 78767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.79 |
|---|---|---|---|

**Greener Texas Pest and Lawn Services, LL**
**PO Box 2748**
**Georgetown, TX 78627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | CleanFUEL USA, Inc. | Case number (if known) | 16-10398 |
|---|---|---|---|
| | Name | | |

---

**3.67** Nonpriority creditor's name and mailing address

**Greenleaf**
**PO Box 6099**
**Phoenix, AZ 85005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$942.00**

---

**3.68** Nonpriority creditor's name and mailing address

**Greg Sales**
**2626 Ravello Ridge Drive**
**Austin, TX 78735**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$564,850.62**

---

**3.69** Nonpriority creditor's name and mailing address

**Griffin Frey PLLC**
**900 West Ave.**
**Ste 201**
**Austin, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,956.50**

---

**3.70** Nonpriority creditor's name and mailing address

**GSI & Associates**
**P.O. Box 189**
**Templeton, CA 93465**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.71** Nonpriority creditor's name and mailing address

**Hecon/Hengstler**
**14098 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,689.75**

---

**3.72** Nonpriority creditor's name and mailing address

**ICOM North America, LLC**
**54790 Grand River Ave**
**New Hudson, MI 48165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$240,834.73**

---

**3.73** Nonpriority creditor's name and mailing address

**IDWholesaler**
**18640 Lake Drive**
**East Chanhassen, MN 55317**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,326.00**

---

| Debtor | CleanFUEL USA, Inc. | | Case number (if known) | **16-10398** |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.81** |
|---|---|---|---|
| | **Image Business Solutions** | ☐ Contingent | |
| | **28339 Beck Road** | ☐ Unliquidated | |
| | **Suite F2** | ☐ Disputed | |
| | **Wixom, MI 48393** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379.45** |
|---|---|---|---|
| | **IMPCO Technologies** | ☐ Contingent | |
| | **P.O. Box 231** | ☐ Unliquidated | |
| | **Union City, IN 47390** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$772,094.77** |
|---|---|---|---|
| | **James Eddie Grey** | ☐ Contingent | |
| | **900 Virginia Street, East** | ☐ Unliquidated | |
| | **Charleston, WV 25301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.82** |
|---|---|---|---|
| | **JGB Enterprises, Inc.** | ☐ Contingent | |
| | **PO Box 209** | ☐ Unliquidated | |
| | **Liverpool, NY 13088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216,020.31** |
|---|---|---|---|
| | **John D. White** | ☐ Contingent | |
| | **4028 Overbrook Lane** | ☐ Unliquidated | |
| | **Houston, TX 77027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,974.47** |
|---|---|---|---|
| | **Kent Rubber Supply** | ☐ Contingent | |
| | **Blake Snyder** | ☐ Unliquidated | |
| | **4655 Clyde Park SW** | ☐ Disputed | |
| | **Grand Rapids, MI 49509** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Kim's Cleaning** | ☐ Contingent | |
| | **275 Clyde** | ☐ Unliquidated | |
| | **Highland, MI 48357** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **CleanFUEL USA, Inc.** | Case number (*if known*) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,017.30 |
|---|---|---|---|

**Kitsap Propane Company**
**PO Box 2092**
**Kingston, WA 98346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.05 |
|---|---|---|---|

**LA Freightliner, LLC**
**PO Box 101284**
**Pasadena, CA 91189-1284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.00 |
|---|---|---|---|

**Lampton Love Gas Company, Inc.**
**380 Carrier Blvd**
**Richland, MS 39073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Louisiana Clean Fuels**
**PO Box 1771**
**Baton Rouge, LA 70821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.28 |
|---|---|---|---|

**Mark Hoebener**
**212 Cornhill Dr**
**Jarrell, TX 76537**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.04 |
|---|---|---|---|

**Mato, James**
**1859 Nikki Ct**
**Howell, MI 48843**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.21 |
|---|---|---|---|

**Matthews Buses Inc.**
**2900 Route 9**
**Ballston Spa, NY 12020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**MaXcom Securities, Inc.**
**1968 S. Austin Avenue**
**Bldg. B**
**Suite 102**
**Georgetown, TX 78626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$37.89**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,083.92**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**McMinnville Gas Inc.**
**1384 N.E Hwy 99W**
**McMinnville, OR 97128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$314.10**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Metro Welding Supply**
**12620 Southfield**
**Detroit, MI 48223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$113.11**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Minarik Automation & Control**
**62303 Collections Center Dr**
**Chicago, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$46,435.22**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Mouser Electronics**
**PO Box 99319**
**Fort Worth, TX 76199-0319**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**MSC Industrial Supply Co. Inc.**
**1020 N. Wood Dale Rd.**
**Wood Dale, IL 60191**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6988**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$465.99**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,732.50** |
|---|---|---|---|

**MWD Outdoors LLC**
**3862 Saddle Ln.**
**Milford, MI 48381**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,422.94** |
|---|---|---|---|

**New Eagle**
**3588 Plymouth Rd.**
**#272**
**Ann Arbor, MI 48105-2603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,729.65** |
|---|---|---|---|

**NEWTECH 3**
**PO Box 441123**
**Detroit, MI 48244-1123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,310.00** |
|---|---|---|---|

**Northwest Propane - V**
**1515 W. Beltline Rd.**
**Ste. 100**
**Carrollton, TX 75006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,035,567.14** |
|---|---|---|---|

**Oliver "Rick" Richard**
**1301 Shell Beach Drive**
**Lake Charles, LA 70601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$752.54** |
|---|---|---|---|

**One Touch Point - GINNY'S**
**PO Box 143924**
**Austin, TX 78714-3924**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,050.00** |
|---|---|---|---|

**One Vision Solutions, LLC**
**PO Box 5369 Box 1816446**
**Norman, OK 73070-5369**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.18**

**OneSource Water**
**PO Box 677867**
**Dallas, TX 75267-7867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.73**

**PAETEC**
**PO Box 9001013**
**Louisville, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,709.45**

**Petroleum Solutions, Inc**
**PO Box 2346**
**McAllen, TX 78502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$556.80**

**Portland Public Schools**
**Ven Accounts Rec Finance Department**
**PO Box 3107**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,901.25**

**Powertrain Intergrations**
**32505 Industrial Dr**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,412.50**

**Progressive Metal Manufacturing Co.**
**3100 E. 10 Mile Rd.**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251.82**

**R+L Carriers, Inc.**
**Attn: AR Dept**
**PO Box 271**
**Wilmington, OH 45177-0271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **CleanFUEL USA, Inc.** | Case number (if known) | **16-10398** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,161.17** |
|---|---|---|---|

**REXEL**
**PO Box 844519**
**Dallas, TX 75284-4519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|---|---|---|---|

**Ricardo, Inc.**
**Chicago Technical Center**
**7850 S. Grant Street**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,211.66** |
|---|---|---|---|

**Rotarex North America, Inc.**
**221 Westec Dr.**
**Mt Pleasant, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1820**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,073.30** |
|---|---|---|---|

**RTD Manufacturing**
**1150 S. Elm St.**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
|---|---|---|---|

**Schetky Northwest Sales Inc.**
**8430 NE Killingsworth St.**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,563.01** |
|---|---|---|---|

**Scott, Douglass & McConnico, LLP**
**303 Colorado St. Ste 2400**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,057.00** |
|---|---|---|---|

**Select Premium Services, Inc.**
**102 N. Washington**
**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | **16-10398** |
|---|---|---|---|
| | Name | | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,015.55** |
|---|---|---|---|

**Sherrard, German & Kelly,PC**
**28th Floor**
**Two PNC Plaza**
**Pttsburg, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,146.72** |
|---|---|---|---|

**SLEEGERS Engineered Products Inc.**
**5 Cuddy Blvd.**
**London, ON N5V 3Y3 CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.60** |
|---|---|---|---|

**Smart Office Solutions, Inc.**
**3820 Plaza Drive**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,112.54** |
|---|---|---|---|

**SOS MFG Inc**
**111 Packer Drive**
**Roberts, WI 54023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,118,055.55** |
|---|---|---|---|

**South Coast Partners, LLC**
**2626 Ravello Ridge Drive**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$854.10** |
|---|---|---|---|

**Squibb-Taylor Squibb Taylor Inc**
**PO Box 732488**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,507.92** |
|---|---|---|---|

**Stephen G. Crane**
**P.O. Box 845402**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | CleanFUEL USA, Inc. | Case number (if known) | 16-10398 |
|---|---|---|---|
| | Name | | |

---

**3.123**

Nonpriority creditor's name and mailing address

**Steve Dauphin**
**C/O Fidelis Capital**
**820 Shades Creek Pkwy, #1200**
**Birmingham, AL 35209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.28**

---

**3.124**

Nonpriority creditor's name and mailing address

**Suburban Bolt and Supply Co.**
**27670 Groesbeck Highway**
**Roseville, MI 48066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148.17**

---

**3.125**

Nonpriority creditor's name and mailing address

**Suddenlink**
**PO Box 660365**
**Dallas, TX 75266-0365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$880.68**

---

**3.126**

Nonpriority creditor's name and mailing address

**Talon Motorsports**
**8403 Deercreek Drive**
**Riverside, CA 92508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,520.00**

---

**3.127**

Nonpriority creditor's name and mailing address

**Techno Diesel Inc**
**1260 Chemin des Prairies**
**Joliette, QC J6E 0L4 CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$644.00**

---

**3.128**

Nonpriority creditor's name and mailing address

**Tecnologia Digital Del Bajio**
**S.A. de C.V. R.F.C.**
**TDB-121011-SBA Avenida Guerrero # 1003**
**Co, C.P. 36690-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,550.00**

---

**3.129**

Nonpriority creditor's name and mailing address

**Tejas Propane, LLC**
**320 Park Lane**
**Burnet, TX 78611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$136,107.00**

---

| Debtor | **CleanFUEL USA, Inc.** | | Case number (if known) | **16-10398** |
|---|---|---|---|---|
| | Name | | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.41 |
|---|---|---|---|
| | **Terminal Supply**<br>**1800 Thunderbird**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554,722.24 |
|---|---|---|---|
| | **Terry Klare**<br>**5949 Sherry Lane**<br>**Ste 970**<br>**Dallas, TX 75225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,500.00 |
|---|---|---|---|
| | **Thomas Built Buses**<br>**Tommy Smith**<br>**1408 Courtesy Road**<br>**High Point, NC 27260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|
| | **Thomas Bus Gulf Coast**<br>**PO Box 4889**<br>**Houston, TX 77210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,600.00 |
|---|---|---|---|
| | **Tim Elliott Elliott Properties, Ltd**<br>**111 Halmar Cove**<br>**Georgetown, TX 78628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.50 |
|---|---|---|---|
| | **Tooltopia**<br>**125 Freestate Blvd.**<br>**Shreveport, LA 71107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.34 |
|---|---|---|---|
| | **Troy Tube & Mfg. Co.**<br>**50100 E. Russell Schmidt Blvd.**<br>**Chesterfield, MI 48051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | CleanFUEL USA, Inc. | | Case number (if known) | **16-10398** |
|---|---|---|---|---|
| | Name | | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,205.96**

**Truck Country of Indiana**
**dba Stoops Freightliner**
**27825 Network Place**
**Chicago, IL 60673-1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.95**

**U.S. Digital**
**1400 NE 136th Ave.**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,214.43**

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8112**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,524.00**

**Underwriters Laboratories, Inc.**
**PO Box 75330**
**Chicago, IL 60675-5330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7701**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,982.75**

**United Bank**
**PO Box 393**
**Charleston, WV 25392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.35**

**United Parcel Service**
**Box 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,847.51**

**UPS SCS Dallas**
**PO Box 730900**
**Dallas, TX 75373-0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **991W**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CleanFUEL USA, Inc. | | Case number (if known) | 16-10398 |
|---|---|---|---|---|
| | Name | | | |

---

**3.144**

**Nonpriority creditor's name and mailing address**

**V Converter**
**10505 Plaza Dr.**
**Whitmore Lake, MI 48189**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$775.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**

**VAF Realty, LLC**
**48711 5th Avenue**
**Canton, MI 48188**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,432.33**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**W. Henry Harmon**
**900 Virginia Street, East**
**Charleston, WV 25301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$98,213.83**

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Waste Management of Michigan, Inc.**
**PO Box 4648**
**Carol Stream, IL 60197-4648**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$187.10**

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Western Propane Gas Association**
**2012 H Street, Ste 203**
**Sacramento, CA 95811**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Whitney Bank Credit Card Center**
**PO Box 23070**
**Columbus, GA 71007-4688**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

| Debtor | CleanFUEL USA, Inc. | Case number (if known) | 16-10398 |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,010.73 |
|---|---|---|---|
| | **Whitney Bank Lake Charles Commercial Len**<br>**3401 Ryan Street**<br>**Lake Charles, LA 70605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $993.40 |
|---|---|---|---|
| | **Williams Supply Company**<br>**3131 Bolton Road**<br>**Marion, TX 78124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,257.24 |
|---|---|---|---|
| | **Worldwide Express**<br>**P.O. Box 26070**<br>**Austin, TX 78755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|
| | **Worthington Cylinders Corp.**<br>**200 Old Wilson Bridge Rd.**<br>**Worthington, OH 43085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 88,279.30 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,332,994.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,421,274.22 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>CleanFUEL USA, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>16-10398</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest     **copier** | |
| State the term remaining | |
| List the contract number of any government contract | **GE Capital**<br>**P.O. Box 740441**<br>**Atlanta, GA 30334-0441** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **Building Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **UAF Realty**<br>**48711 5th Ave**<br>**Canton, MI 48188** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest     **copier** | |
| State the term remaining | |
| List the contract number of any government contract | **Xerox**<br>**P.O. Box 202882**<br>**Dallas, TX 75320-2882** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-10398**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CleanFUEL Holdings, LLC** | **111 Halmar Cove Georgetown, TX 78628** | **The Ed Rachal Foundation** | ☑ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **CleanFUEL Holdings, LLC** | **111 Halmar Cove Georgetown, TX 78628** | **Oliver "Rick" Richard** | ☐ D _____ <br> ☑ E/F   **3.99** <br> ☐ G _____ |
| 2.3 | **CleanFUEL Holdings, LLC** | **111 Halmar Cove Georgetown, TX 78628** | **James Eddie Grey** | ☐ D _____ <br> ☑ E/F   **3.76** <br> ☐ G _____ |
| 2.4 | **CleanFUEL Holdings, LLC** | **111 Halmar Cove Georgetown, TX 78628** | **David Wayne Moore** | ☐ D _____ <br> ☑ E/F   **3.38** <br> ☐ G _____ |
| 2.5 | **CleanFUEL Holdings, LLC** | **111 Halmar Cove Georgetown, TX 78628** | **W. Henry Harmon** | ☐ D _____ <br> ☑ E/F   **3.147** <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | **16-10398** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **CleanFUEL Holdings, LLC** | 111 Halmar Cove Georgetown, TX 78628 | John D. White | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Location | Description | Value net of depreciation | Date Placed in Srvc/Invoice Date | Cost | Useful life | Monthly Depr | A/D @ 12/31/2015 |
|---|---|---|---|---|---|---|---|
| **- Vehicles** | | | | | | | |
| MI | 2008 GMC Savana | - | 01/01/2008 | 30,000.00 | 5 | 500.00 | 30,000.00 |
| TX | 2009 Chev Pick up (Service Truck) | - | 01/01/2009 | 30,000.00 | 5 | 500.00 | 30,000.00 |
| TX | 2009 Chev Silverado (Service Truck) | - | 01/01/2009 | 30,000.00 | 5 | 500.00 | 30,000.00 |
| MI | 2009 GMC G3500 Box | - | 03/03/2009 | 30,000.00 | 5 | 500.00 | 30,000.00 |
| MI | 2010 GMC Savan Cut (Redding Truck) | - | 08/24/2010 | 36,681.92 | 5 | 611.37 | 36,681.92 |
| MI | 2011 Freightliner S2C | - | 01/01/2011 | 30,000.00 | 5 | 500.00 | 30,000.00 |
| MI | 2013 GMC Sierra 250 | 15,478.64 | 05/28/2013 | 35,/19.94 | 5 | 595.33 | 19,050.63 |
| IN | 2011 Chevrolet Silverado (Calvin Truck) | 15,768.00 | 07/01/2014 | 23,652.00 | 5 | 394.20 | 7,095.60 |
| TX | Toolboxes for 2009 Chev Silverado Service Truck | 619.80 | 08/01/2014 | 907.02 | 5 | 15.12 | 256.99 |
| MI | 2015 Ford F-150 Ser | 35,562.08 | 08/01/2015 | 38,795.00 | 5 | 646.58 | 1,939.75 |
| MI | 2015 Chevrolet Silverado | 50,002.90 | 02/01/2016 | 51,727.14 | 5 | 862.12 | - |
| | | 117,431.42 | | | | | |
| **- Furniture & Fixtures** | | | | | | | |
| TX | 8 Cubicles | 3,399.95 | 01/30/2012 | 8,159.89 | 7 | 97.14 | 4,565.65 |
| TX | Receptioin Desk and Furniture | 607.55 | 01/30/2012 | 1,458.13 | 7 | 17.36 | 815.86 |
| TX | reception desk -- Being depreciated twice unless a separate invoice is found | 375.00 | 01/30/2012 | 900.00 | 7 | 10.71 | 503.57 |
| MI | Storage Shelving | 2,100.12 | 08/12/2014 | 2,714.00 | 7 | 32.31 | 549.26 |
| MI | 3 Maple Packing Tables for Production | 1,144.46 | 08/20/2014 | 1,479.00 | 7 | 17.61 | 299.32 |
| MI | Maple Packing Table | 294.32 | 10/13/2014 | 369.00 | 7 | 4.39 | 65.89 |
| MI | Maple Packing Table, Storage Racks, Shelving | 752.95 | 10/09/2014 | 944.00 | 7 | 11.24 | 168.57 |
| MI | Maple Packing Table | 456.86 | 03/20/2015 | 533.00 | 7 | 6.35 | 63.45 |
| | | 9,131.22 | | 16,557.01 | | 197.11 | 7,031.58 |
| **- Production Equipment** | | | | | | | |
| MI | Engine and stand | - | 07/01/2010 | 2,500.00 | 5 | 41.67 | 2,500.00 |
| MI | Fluke Scope Model 123 | - | 07/01/2010 | 1,899.00 | 5 | 31.65 | 1,899.00 |
| MI | Tach 2 | - | 07/01/2010 | 2,500.00 | 5 | 41.67 | 2,500.00 |
| MI | Candi Module | - | 07/01/2010 | 1,000.00 | 5 | 16.67 | 1,000.00 |
| MI | EFI Live | - | 07/01/2010 | 1,000.00 | 5 | 16.67 | 1,000.00 |
| MI | Mototune Softwear Kits | - | 07/01/2010 | 2,000.00 | 5 | 33.33 | 2,000.00 |
| MI | Hydraulic Pressure Tester | - | 07/01/2010 | 1,000.00 | 5 | 16.67 | 1,000.00 |
| MI | Pressure Leak Checker | - | 07/01/2010 | 10,000.00 | 5 | 166.67 | 10,000.00 |
| MI | OH crane A frame | - | 07/01/2010 | 1,000.00 | 5 | 16.67 | 1,000.00 |
| MI | Server/Installation/Equip | - | 12/06/2010 | 6,074.86 | 5 | 101.25 | 6,074.86 |
| MI | drill press, tools | 45.67 | 07/01/2011 | 685.05 | 5 | 11.42 | 616.55 |
| MI | H47 PM + 1 set of dies 10 mm + packaging | 1,256.43 | 09/08/2011 | 12,564.28 | 5 | 209.40 | 10,889.04 |
| TX | Reclass CH Compressor 60 GAL 3310006 | 133.48 | 03/31/2012 | 616.06 | 5 | 10.27 | 462.05 |
| TX | 652260 48" Portable Blower Fan Belt Drive | 222.92 | 04/11/2012 | 1,028.86 | 5 | 17.15 | 771.65 |
| MI | Equipment for production purpose  Milwaukee 4270-20 9 Amp Compact Electromagnetic Drill Press  F... | 199.26 | 05/01/2012 | 853.99 | 5 | 14.23 | 626.26 |
| MI | Product Code HTLFJ10 10 Ton Floor Jack | 124.75 | 06/07/2012 | 499.00 | 5 | 8.32 | 357.62 |
| TX | EMM-7116: CABLE, IMPCO BRC PROGRAMMING USB & KSY-7114: TOOL KIT, IMPCO LP FUEL SYSTEM INSTALLATI... | 177.61 | 06/07/2012 | 710.43 | 5 | 11.84 | 509.14 |
| MI | Ingersol-Rand Air Compressor Model# 2475N751MS | 664.99 | 07/11/2012 | 2,493.70 | 5 | 41.56 | 1,745.59 |
| MI | Mag Drill | 627.55 | 12/01/2012 | 1,793.00 | 5 | 29.88 | 1,105.68 |
| MI | Fuel Cart | 1,650.00 | 01/01/2013 | 4,500.00 | 5 | 75.00 | 2,700.00 |
| MI | Tooling cost for FCCC8L Project | 4,000.00 | 09/04/2013 | 8,000.00 | 5 | 133.33 | 3,733.33 |
| MI | 094-7001055G - MDI DIAGNOSTIC TOOL - Note: TAX Exempt TAX ID# 26-4107320 | 1,099.95 | 12/01/2013 | 1,999.90 | 5 | 33.33 | 833.29 |
| MI | Steel Rack | 1,225.99 | 12/31/2013 | 2,229.07 | 5 | 37.15 | 928.78 |
| MI | Two Cavity Tool for Delivery Tubes for GM 2015-16 | 7,782.36 | 04/01/2014 | 12,620.00 | 5 | 210.33 | 4,416.97 |
| MI | Pico Scope for Engineering (tool) | 913.85 | 05/01/2014 | 1,442.93 | 5 | 24.05 | 480.99 |
| MI | 2 GM G4500 Tooling-Holding Fixture for FRX-0073-X-02 Fuel Rail | 988.00 | 05/05/2014 | 1,560.00 | 5 | 26.00 | 520.00 |
| TX | Digimatic Digital Caliper | 449.66 | 05/06/2014 | 709.95 | 5 | 11.83 | 236.63 |
| MI | 2 DBX-00017X03 Assembly Holding Fixture | 1,710.00 | 05/20/2014 | 2,700.00 | 5 | 45.00 | 900.00 |
| MI | 8 Returnable Racks | 9,529.93 | 05/27/2014 | 15,047.28 | 5 | 250.79 | 5,015.78 |
| MI | Tooling | 2,026.67 | 07/17/2014 | 3,040.00 | 5 | 50.67 | 912.00 |
| TX | Workhorse Tool Mig Welder | 1,551.87 | 07/31/2014 | 2,327.81 | 5 | 38.80 | 698.34 |
| MI | Tooling for New Strainer | 27,333.33 | 08/01/2014 | 40,000.00 | 5 | 666.67 | 11,333.33 |
| MI | Tooling for Lower Casting | 23,916.67 | 08/01/2014 | 35,000.00 | 5 | 583.33 | 9,916.67 |
| MI | Extrusion Tooling for Regulator Post | 4,604.85 | 08/01/2014 | 6,738.81 | 5 | 112.31 | 1,909.33 |
| MI | 8.0L Assy Fixture | 1,021.58 | 08/06/2014 | 1,495.00 | 5 | 24.92 | 423.58 |
| TX | TCM FCG36HL-A1 Forklift | 26,133.93 | 08/18/2014 | 38,244.78 | 5 | 637.41 | 10,836.02 |
| TX | Materials to Create 2 Pushcarts | 287.87 | 09/01/2014 | 411.24 | 5 | 6.85 | 109.66 |
| MI | Security Cart | 465.83 | 10/13/2014 | 650.00 | 5 | 10.83 | 162.50 |
| MI | Injection Mold Tool | 12,783.18 | 10/08/2014 | 17,837.00 | 5 | 297.28 | 4,459.25 |
| MI | Tooling cost for FCCC | 2,502.06 | 10/01/2014 | 3,491.25 | 5 | 58.19 | 872.81 |
| MI | Leak Detector | 4,275.33 | 11/01/2014 | 5,830.00 | 5 | 97.17 | 1,360.33 |
| MI | Leak Test Detect Fixture | 2,193.40 | 11/14/2014 | 2,991.00 | 5 | 49.85 | 697.90 |
| MI | 2 Candi Module & 1 Tech 2 Standard Kit | 2,536.49 | 12/15/2014 | 3,381.99 | 5 | 56.37 | 732.76 |
| MI | Fuel Pump Fixture | 600.00 | 12/17/2014 | 800.00 | 5 | 13.33 | 173.33 |
| MI | Tool Build | 7,005.00 | 12/18/2014 | 9,340.00 | 5 | 155.67 | 2,023.67 |

EXHIBIT A

| Location | Description | | Date Placed in Srvc/Invoice Date | Cost | Useful life | Monthly Depr | A/D @ 12/31/2015 |
|---|---|---|---|---|---|---|---|
| MI | Tooling for Coavis Pump Cap | 1,625.33 | 01/01/2015 | 2,120.00 | 5 | 35.33 | 424.00 |
| MI | Tooling for Coavis Pump Cap | 575.00 | 01/01/2015 | 750.00 | 5 | 12.50 | 150.00 |
| MI | Tech 2 Standard Kit | 1,943.83 | 01/01/2015 | 2,535.43 | 5 | 42.26 | 507.09 |
| MI | 2 Station Tube Assembly Press | 2,990.00 | 01/23/2015 | 3,900.00 | 5 | 65.00 | 780.00 |
| MI | ISH-2000 Hydrogen Leak Detector | 9,317.75 | 02/09/2015 | 11,895.00 | 5 | 198.25 | 2,180.75 |
| MI | Tool Build | 1,840.00 | 03/12/2015 | 2,300.00 | 5 | 38.33 | 383.33 |
| MI | Filter Install Press | 3,585.17 | 04/17/2015 | 4,390.00 | 5 | 73.17 | 658.50 |
| MI | Doosan G25G3-SVP Forklift | 16,650.83 | 05/01/2015 | 19,981.00 | 5 | 333.02 | 2,664.13 |
| TX | Test Site Georgetown Production Equipment | 6,154.87 | 05/31/2015 | 7,385.84 | 5 | 123.10 | 984.78 |
| | | 196,723.24 | | 327,863.51 | | 5,464.39 | 121,177.28 |

## Technology

| Location | Description | | Date Placed in Srvc/Invoice Date | Cost | Useful life | Monthly Depr | A/D @ 12/31/2015 |
|---|---|---|---|---|---|---|---|
| MI | Projector | | 07/01/2010 | 500.00 | 3 | 13.89 | 500.00 |
| MI | Sonic Firewall | | 07/01/2010 | 1,885.00 | 3 | 52.36 | 1,885.00 |
| MI | Dell Optiplex 380 MT 2GB (GMFF9P1 & GMFG9P1) | | 01/12/2011 | 1,710.76 | 3 | 47.52 | 1,710.76 |
| MI | Dell PowerEdge T610 8GB (F95B9P1) | | 01/12/2011 | 6,530.69 | 3 | 181.41 | 6,530.69 |
| MI | Dell PowerEdge T610 8GB (F95S9P1) | | 01/12/2011 | 6,530.69 | 3 | 181.41 | 6,530.69 |
| MI | Dell Latitude E5510 3GB (BTCQ1N1) | | 01/12/2011 | 1,115.04 | 3 | 30.97 | 1,115.04 |
| MI | Dell Latitude E5510 3GB (9TCQ1N1) | | 01/12/2011 | 1,115.04 | 3 | 30.97 | 1,115.04 |
| MI | Dell Latitude E6510 3GB (2GGFF1M1) | | 01/12/2011 | 1,115.04 | 3 | 30.97 | 1,115.04 |
| TX | Dell Server - Dual Xeon 16 GB Ram, 600 GB * 4 15K RAIDS (10TBJQ1) | | 06/03/2011 | 24,882.74 | 3 | 691.19 | 24,882.74 |
| MI | Dell Workstation 12 GB RAM Windows7 Pro 64 bit, 300 GB (GT56HQ1) | | 06/03/2011 | 4,999.85 | 3 | 138.88 | 4,999.85 |
| TX | Dell Laptop Intel i5 6GB RAM Windows7 Pro 64 bit 250 GB (J06W5Q1) | | 06/03/2011 | 2,253.77 | 3 | 62.60 | 2,253.77 |
| MI | Dell Laptop Intel i5 6GB RAM Windows7 Pro 64 bit 250 GB (8V4W5Q1) | | 06/03/2011 | 2,253.77 | 3 | 62.60 | 2,253.77 |
| MI | Dell Laptop Intel i7 6GB RAM 15.6" screen Windows7 Pro 64 bit 250 GB (GN4W5Q1) | | 06/03/2011 | 2,275.85 | 3 | 63.22 | 2,275.85 |
| TX | Dell Laptop Intel i7 6GB RAM 15.6" screen Windows7 Pro 64 bit 250 GB (2P4W5Q1) | | 06/03/2011 | 2,275.85 | 3 | 63.22 | 2,275.85 |
| MI | Dell Laptop Intel i7 6GB RAM 15.6" screen Windows7 Pro 64 bit 250 GB (33CW6Q1) | | 06/03/2011 | 2,275.85 | 3 | 63.22 | 2,275.85 |
| TX | Dell Workstation 8GB RAM 15.6" Windows7 Pro 64 bit 300 GB (7J15JQ1) | | 06/03/2011 | 1,910.61 | 3 | 53.07 | 1,910.61 |
| TX | Dell Workstation 8GB RAM 15.6" Windows7 Pro 64 bit 300 GB (7J14JQ1) | | 06/03/2011 | 1,910.61 | 3 | 53.07 | 1,910.61 |
| TX | Dell Workstation 8GB RAM 15.6" Windows7 Pro 64 bit 300 GB (7J23JQ1) | | 06/03/2011 | 1,910.61 | 3 | 53.07 | 1,910.61 |
| TX | Dell Workstation 8GB RAM 15.6" Windows7 Pro 64 bit 300 GB (7J13JQ1) | | 06/03/2011 | 1,910.61 | 3 | 53.07 | 1,910.61 |
| TX | Dell Workstation 8GB RAM 15.6" Windows7 Pro 64 bit 300 GB (7J22JQ1) | | 06/03/2011 | 1,910.61 | 3 | 53.07 | 1,910.61 |
| TX | Fargo DT4500 Photo ID system Duplex | | 06/07/2011 | 4,686.36 | 3 | 130.18 | 4,686.36 |
| TX | Dell laptop Intel i7 - 6GB Ram - 15.6" screen - 250 GB SSD HD - Win7 pro 64bit (H6GW5Q1) | | 06/13/2011 | 2,319.13 | 3 | 64.42 | 2,319.13 |
| FL | Dell Latitude E6520 - 225-0376 (4VN16Q1) | | 06/20/2011 | 3,416.33 | 3 | 94.90 | 3,416.33 |
| MI | Dell CAD Work Station (4R9ZWQ1) | | 07/15/2011 | 6,521.64 | 3 | 181.16 | 6,521.64 |
| TX | Dell laptop Intel i7 - 8GB Ram - 13.1" screen - 250 GB SSD HD - Win7 pro 64bit (1B1T2Q1) | | 07/15/2011 | 2,914.96 | 3 | 80.97 | 2,914.96 |
| MI | Canon Image PROGRAF Printer (Plotter for Plans printing) | | 07/21/2011 | 3,480.05 | 3 | 96.67 | 3,480.05 |
| TX | Dell laptop i7 6GB RAM Win7 64bit 15.6" screen (4D3M3R1) | | 10/05/2011 | 2,505.18 | 3 | 69.59 | 2,505.18 |
| TX | Dell Laptop - i7 - 6GB RAM, Windows7, 64 bit 15.6" Screen (1600x900), 250GB HD (4PZZ4R1) | | 11/01/2011 | 2,505.18 | 3 | 69.59 | 2,505.18 |
| MI | Dell Workstation - 8GB RAM, Windows7 Pro 64bit, 320GB SATAx1 RAID1 (5BBJVR1) | | 11/01/2011 | 1,655.69 | 3 | 45.99 | 1,655.69 |
| MI | Dell Workstation - 8GB RAM, Windows7 Pro 64bit, 320GB SATAx1 RAID1 (5BBLVR1) | | 11/01/2011 | 1,655.68 | 3 | 45.99 | 1,655.68 |
| TX | Symantec Server Back up system | | 09/30/2012 | 2,481.93 | 3 | 68.94 | 2,481.93 |
| MI | Reclass Computer tapes to Captial Assets | | 09/30/2012 | 1,506.00 | 3 | 41.83 | 1,506.00 |
| IN | Dell laptop Intel 7 - 8 GB Rm - 14" screen - 500 GB Hybrid SSD HD Win7 Pro 64bit (J5XL5R1) | | 11/05/2012 | 2,931.60 | 3 | 81.43 | 2,931.60 |
| TX | Brother Printer | | 03/24/2013 | 970.95 | 3 | 26.97 | 917.01 |
| MI | Dell CAD Laptop (C7Q1ZW1) | | 03/29/2013 | 5,891.99 | 3 | 163.67 | 5,564.66 |
| TX | Fishbowl Clean BOM project/implementation | | 06/10/2013 | 125,381.40 | 3 | 3,482.82 | 107,967.32 |
| TX | Dell Desktop - i7, 8GB Ram, Win 7 Pro 23" Monitor (DDQLHX1) | | 07/03/2013 | 1,571.53 | 3 | 43.65 | 1,309.61 |
| TX | Dell Desktop - i7, 8GB Ram, Win 7 Pro 23" Monitor (DGBKHX1) | | 07/03/2013 | 1,571.52 | 3 | 43.65 | 1,309.60 |
| TX | Dell Laptop - i5, 8GB Ram 15.6" screen, Win 7 Pro (CV9DKX1) | | 07/03/2013 | 2,164.13 | 3 | 60.11 | 1,803.44 |
| MI | Dell Laptop - i5, 8GB Ram 15.6" screen, Win 7 Pro (J6CDKX1) | | 07/03/2013 | 2,164.13 | 3 | 60.11 | 1,803.44 |
| WA | Dell Laptop (6430u) i7, 16 GB Ram Win 7 Pro, 14" (8BSHMX1) | | 07/11/2013 | 2,895.48 | 3 | 80.43 | 2,412.90 |
| MI | Dell Laptop - i5, 8GB Ram 15.6" screen, Win 7 Pro (989DKX1) | | 08/01/2013 | 2,535.65 | 3 | 70.43 | 2,042.61 |
| OR | Dell Laptop - i5, 8GB Ram 15.6" screen, Win 7 Pro (3MBTLX1) | | 08/01/2013 | 2,535.65 | 3 | 70.43 | 2,042.61 |
| TX | Dell Laptop - i5, 8GB Ram 15.6" screen, Win 7 Pro (GL8TLX1) | | 08/01/2013 | 2,535.64 | 3 | 70.43 | 2,042.60 |
| TX | SharePoint Define/Design & QuickStart | | 09/09/2013 | 3,000.00 | 3 | 83.33 | 2,333.33 |
| TX | Dell Latitude E5530 - i3-3110M, 4.0GB Ram, 15.6" Screen, WIN 7 Pro - Lith Ion Battery (45K8SY1) | | 11/19/2013 | 1,031.74 | 3 | 28.66 | 745.15 |
| TX | Latitude E5530 i3-3110M Core 4.0GB (C692XY1) | | 12/01/2013 | 929.15 | 3 | 25.81 | 645.24 |
| TX | HP computer (2UA4071G06), monitor (3CM33106FB), video card | | 04/01/2014 | 2,365.67 | 3 | 65.71 | 1,379.95 |
| TX | Microsoft Surface Pro 2 tablet w/ keyboard & docking station (009645441053) | | 04/10/2014 | 1,562.47 | 3 | 43.40 | 911.42 |

| Location | Description | Date Placed in Srvc/Invoice Date | Cost | Useful life | Monthly Depr | A/D @ 12/31/2015 |
|---|---|---|---|---|---|---|
| OH | HP ProBook (2CE4110JLX) | 04/10/2014 | 729.24 | 3 | 20.26 | 425.42 |
| MI | 3 HP computers (serial MXL41725SV, MXL41725SX, MSL4172629) | 05/21/2014 | 2,019.44 | 3 | 56.10 | 1,121.95 |
| MI | HP laptop (CNU4169KJF) | 05/29/2014 | 917.61 | 3 | 25.49 | 509.79 |
| TX | HP laptop (CNU416D2FD) | 06/11/2014 | 915.89 | 3 | 25.44 | 483.39 |
| MI | HP laptop (CNU419BX00) | 07/25/2014 | 915.54 | 3 | 25.43 | 457.77 |
| TX | HP computer (MXL41223WB) | 08/22/2014 | 742.22 | 3 | 20.62 | 350.49 |
| TX | Microsoft Surface Pro 3 (038862142353) | 09/01/2014 | 1,693.28 | 3 | 47.04 | 752.57 |
| MI | HP ProBook (5CG4350GLV) | 09/04/2014 | 915.48 | 3 | 25.43 | 406.88 |
| TX | 5 Additional Licenses | 09/15/2014 | 6,000.00 | 3 | 166.67 | 2,666.67 |
| TX | HP ProBook (5CG445362X) | 02/04/2015 | 879.30 | 3 | 24.43 | 268.68 |
| | | | 284,687.81 | | 7,907.99 | 252,527.19 |

## Leasehold Improvements

| | | | | | | |
|---|---|---|---|---|---|---|
| TX | Network cabling | 12/07/2011 | 10,696.45 | 7 | 127.34 | 6,239.60 |
| TX | fence installed around propane tank | 02/01/2012 | 2,550.00 | 7 | 30.36 | 1,426.79 |
| TX | sign for front of building | 02/23/2012 | 610.94 | 7 | 7.27 | 334.56 |
| TX | two columns for sign | 02/24/2012 | 1,082.50 | 7 | 12.89 | 592.80 |
| TX | Alarm System for Hal Mar | 03/08/2012 | 7,009.19 | 7 | 83.44 | 3,838.37 |
| MI | Conduit for AT&T interent | 09/15/2013 | 8,727.81 | 7 | 103.90 | 2,909.27 |
| TX | Metal Building | 11/04/2014 | 752.34 | 7 | 8.96 | 125.39 |
| MI | Electrical Work - Fixtures/Outlets for Lights & Workbench | 02/24/2016 | 1,600.00 | 7 | 19.05 | |
| | | | 33,029.23 | | 393.21 | 15,466.77 |

## Marketing Equipment

| | | | | | | |
|---|---|---|---|---|---|---|
| TX | 3 - 6100 Mass Flow Meters for Trade Shows | 12/31/2014 | 13,982.84 | 5 | 233.05 | 3,029.62 |
| TX | Trade Show Dispensers | 05/31/2015 | 14,000.50 | 5 | 233.34 | 1,866.73 |
| TX | Northwest Propane Pilot Prototype Dispenser | 10/31/2015 | 6,008.64 | 5 | 100.14 | 300.43 |
| TX | Northwest Butane Protoype for TXDOT Ft Worth | 01/31/2016 | 4,720.77 | 5 | 78.68 | - |
| TX | Northwest Butane Protoype for Pilot Schulenberg | 01/31/2016 | 4,958.43 | 5 | 82.64 | - |
| | | | 43,671.18 | | 566.52 | 5,196.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Misc | Fuel Sites | various | 297,294.17 | | 4,636.67 | 142,103.34 |
| | | | | | 24,224.09 | 758,527.82 |

| Acct # | Description | | | | | |
|---|---|---|---|---|---|---|
| 1605 | AOI 4 Grant Sites | | 213,547.56 | | | 758,527.82 |
| 1606 | AOI 1 Grant Sites | | 83,746.61 | | | |
| 1610 | Technology | | 284,687.81 | | | |
| 1612 | Furniture & Fixtures | | 16,557.01 | | | 582,058.11 |
| 1613 | Production Equip | | 327,863.51 | | | |
| 1613 | Vehicles | | 337,483.02 | | | |
| 1614 | Leasehold Improvements | | 33,029.23 | | | |
| 1616 | Trade Show Equipment | | 43,671.18 | | | |
| | | | 1,340,585.93 | | Non-site dep | 616,424.48 |
| 1650 | Acc Dep FFE | | 642,882.33 | 794,259.01 | | |
| 1650 | Acc Dep Fuel Sites | | 151,376.68 | | | |
| | Net Balance per GL | | 546,326.92 | | | |
| | | | | | | |
| | Net Balance FFE | | 400,409.44 | | | |
| | Net Balance Fuel Sites | | 145,917.49 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1752 | G4500 Initial Certification | 11/8/2011 | 310,379.90 | 5 | 5,173.00 | 258,649.92 |
| 1752 | G4500 Annual EPA Cert | 11/5/2012 | 33,189.00 | 1 | 2,765.75 | 33,189.00 |
| 1751 | FCCCL Initial certification | 7/9/2013 | 256,440.00 | 5 | 4,274.00 | 128,220.00 |
| 1751 | FCCCL Annual EPA Cert | 7/9/2013 | 26,478.30 | 1 | 2,206.53 | 26,478.30 |
| 1752 | G4500 Annual EPA Cert | 11/5/2013 | 42,778.00 | 1 | 3,564.83 | 42,778.00 |
| 1752 | Roush - major modification for G4500 | 11/5/2013 | 30,000.00 | 1 | 2,500.00 | 30,000.00 |
| 1752 | Millbrook - major modification for G4500 | 11/5/2013 | 108,224.86 | 1 | 9,018.74 | 108,224.86 |
| 1752 | ECO Certification Fee - 2014 FCLFF 0000LPG - evap new system | 12/13/2013 | 563.00 | 1 | 46.92 | 563.00 |
| 1752 | ECO Certification Fee - 2015 6.0L C8 | 2/20/2014 | 38,464.00 | 1 | 3,205.33 | 38,464.00 |
| 1752 | ECO Certification Fee - 2015 FCLFF 300LPG - evap old system | 2/20/2014 | 563.00 | 1 | 46.92 | 563.00 |
| 1752 | ECO Certification Fee - 2015 FCLFF 0000LPG - evap new system | 2/20/2014 | 563.00 | 1 | 46.92 | 563.00 |
| 1751 | Millbrook - cert fee MY 2015 calibration update & fuel sys upgrade | 8/1/2014 | 28,000.00 | 1 | 2,333.33 | 28,000.00 |
| 1751 | ECO Certification Fee - 2015 8.0L | 8/7/2014 | 39,590.00 | 1 | 3,299.17 | 39,590.00 |
| 1752 | Millbrook - 2012 G4500 update | 9/2/2014 | 16,449.25 | 1 | 1,370.77 | 16,449.25 |
| 1752 | ECO Certification Fee - 2014 6.0L and 2015 6.0L | 11/18/2014 | 37,528.00 | 1 | 3,127.33 | 37,528.00 |
| 1752 | ECO Certification Fee - 2014 MY Production Shortage | 2/17/2015 | 19,020.00 | 1 | 1,585.00 | 17,435.00 |
| 1752 | ECO Certification Fee - 2015 FCLFD06.0399 and FCLFD06.0397 | 2/24/2015 | 2,400.00 | 1 | 200.00 | 2,200.00 |
| 1752 | Crazy Diamond Performance - 2500/3500 Calibration Development | 11/30/2015 | 77,500.00 | 1 | 6,458.33 | 12,916.67 |
| 1752 | IEL - Coavis Pump Hose Assembly Testing | 12/31/2015 | 5,500.00 | 1 | 458.33 | 4,583.33 |
| | | | | | 51,222.87 | 808,895.33 |
| | | | | | | 808,895.33 |

| Acct # | Description | | | | | |
|---|---|---|---|---|---|---|
| 1751 | FCCC 8L | | 350,508.30 | | | |
| 1752 | GM 6L | | 723,122.01 | | | |
| | | | 1,073,630.31 | | | |
| 1790 | Acc Dep | | 829,574.31 | | | |
| | Net Balance | | 244,056.00 | | | |

---

**Fill in this information to identify the case:**

Debtor name    **CleanFUEL USA, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-10398**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,556,383.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$10,542,398.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$19,505,023.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* **16-10398** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **John D. White**<br>**4028 Overbrook Lane**<br>**Houston, TX 77027**<br>**Director** | | **$8,538.40** | **Rental of a truck and purchase of a truck** |
| 4.2. | **Curtis J. Donaldson**<br><br>**President** | | **$218,000.00** | **salary** |
| 4.3. | **David Wayne Moore**<br>**4110 14th Ave. E**<br>**Bradenton, FL 34208**<br>**COO** | | **$163,000.00** | **salary** |
| 4.4. | **John D. White**<br>**4028 Overborrok Ln**<br>**Houston, TX 77027**<br>**Director** | | **$10,802.12** | **Expense reimbursements** |
| 4.5. | **John D. White**<br>**4028 Overbrook Lane**<br>**Houston, TX 77027**<br>**Director** | | **$83,077.16** | **Consultation Fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | **16-10398** |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ICOM North America, LLC vs. CleanFUEL USA, Inc.**<br>**JAMS ref no. 1340010304** | arbitration | **JAMS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ICOM North America, LLC v. CleanFUEL USA, Inc.**<br>**Case no. 15-149873-CZ** | Garnishment | **County of Oakland Circuit Court**<br>**1200 N. Telegraph Rd**<br>**Pontiac, MI 48341** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | | Case number *(if known)* **16-10398** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **C. Daniel Roberts & Associates, P.C. 1602 E. Cesar Chavez Austin, TX 78702** | | **April 1, 2016** | **$25,000.00** |
| | Email or website address **droberts@cdrlaw.net** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kell C. Mercer, P.C. 1602 E. Cesar Chavez Austin, TX 78702** | | **April 1, 2016** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **ICOM North America, LLC 54790 Grand River Ave. New Hudson, MI 48165** | **Garnished funds per writ issued December 1, 2015** | | **$199,415.84** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* **16-10398** |
|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<hr>

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<hr>

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Frost Bank**<br>**401 Congress Ave.**<br>**Austin, TX 78701** | **XXXX-5668** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 4, 2015** | **$0.00** |
| 18.2. | **Frost Bank**<br>**401 Congress Ave**<br>**Austin, TX 78701** | **XXXX-5641** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 4, 2015** | **$0.00** |
| 18.3. | **Frost Bank**<br>**401 Congress Ave**<br>**Austin, TX 78701** | **XXXX-1801** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Septemeber 9, 2015** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* **16-10398** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **CleanFUEL USA, Inc.** | Case number *(if known)* | **16-10398** |
|--------|-------------------------|--------------------------|--------------|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|-------------------------------------------------------------------------------------------------------------|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CleanFUEL USA, Inc. | Case number *(if known)* | 16-10398 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 20, 2016**

| /s/ Curtis J. Donaldson | Curtis J. Donaldson |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

| | | | |
|---|---|---|---|
| In re | **CleanFUEL USA, Inc.** | Case No. | **16-10398** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Blakeman** | | **.28%** | **stock** |
| **CleanFUEL Holdings, LLC**<br>**111 Halmar Cove**<br>**Georgetown, TX 78628** | | **95.86%** | **stock** |
| **Integrated Metal Productions, Inc.**<br>**302 N. Bagdad Rd**<br>**Leander, TX 78641** | | **3.52%** | **stock** |
| **Tulsa Gas Technologies, Inc.**<br>**4809 S. 101 St. E Ave**<br>**Tulsa, OK 74146** | | **.34%** | **stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **April 20, 2016** | Signature | **/s/ Curtis J. Donaldson** |
| | | | **Curtis J. Donaldson** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.