UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-10398-HCM |
| CLEANFUEL USA, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**DEBTOR'S FIRST AMENDED MOTION FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §364(c)(1)**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES, CleanFUEL USA, Inc. ("Debtor" or "CFUSA") to file this Debtor's First Amended Motion for Authority to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §364(c)(1) (the "First Amended Motion for DIP Financing") and would show the Court as follows:

1. CFUSA filed for relief under Chapter 11 of the United State Bankruptcy Code on April 3, 2016. CFUSA is operating as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

2. This Court has jurisdiction over this matter under 28 U.S.C. §1334. This is a core matter pursuant to 28 U.S.C. §157(b)(2)(M).

3. On April 6, 2016, CFUSA filed Debtor's Motion for Authority to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §364(c)(1) (the "Motion for DIP Financing"). Attached to the Motion for DIP Financing as Exhibit "A" is a 30-day proposed operating budget for the month of April, 2016, which indicated an operating short fall of approximately $245,000.00 for the month. The Motion for DIP Financing requested authority for CFUSA to obtain post-petition financing in the amount of $250,000.00 from the Ed Rachal Foundation (the "Foundation") and

-1-

to grant the Foundation an administrative claim for the amount advanced with priority over all other the administrative claims pursuant to §364(c)(1).

4. On April 7, 2016, the Court conducted a hearing on the Motion for DIP Financing. On April 13, 2016, the Court signed and docketed an interim order on the Motion for Authority to Obtain Post-Petition Financing Pursuant to 11 USC §364(c)(1) (Doc #27) (the "Interim DIP Financing Order"). The Interim DIP Financing Order authorized CFUSA to borrow $250,000.00 from the Foundation, and the Foundation was granted a priority administrative claim for the $250,000.00 advanced. The Court also set a final hearing for May 2, 2016 at 1:30 p.m. and ordered that CFUSA file a proposed final budget and final order by April 27, 2016 at 5 p.m., with objections to said proposed final budget and order to be filed by April 29, 2016 at 5 p.m.

5. Pursuant to the Interim DIP Financing Order, CFUSA has filed this First Amended Motion for DIP Financing. Attached hereto as Exhibit "A" is CFUSA's proposed budget covering the period from the week ending April 16, 2016 through the week ending December 16, 2016. To cash flow operations during the budget period, CFUSA requires additional DIP financing of $1,200,000.00. With this additional DIP financing, CFUSA estimates that cumulative net cash will increase to approximately $2,400,000.00 (being $950,000.00 in excess of the total DIP financing).

6. The Foundation has agreed to provide the additional DIP financing on the same terms as it provided the interim DIP Financing of $250,000.00 as follows:

a) subject to the Foundation being granted an administrative claim for the total amount financed with priority over any and all other administrative claims pursuant to §364(c)(1),

including any expense incurred or amounts payable to the chapter 7 trustee or costs of liquidation in the event this case is converted to a chapter 7 case;

b) with the amount advanced being due and payable upon the earlier to occur of

i) confirmation of a chapter 11 plan,

ii) the date this case is converted to a chapter 7 case or is dismissed, *and*

iii) 9 calendar months from the date the total approved amount is advanced to CFUSA;

c) with interest to accrue at 8% per annum which shall be due at maturity; and

d) with CFUSA being responsible for the payment of the Foundation attorneys fees for preparation of DIP financing documents, not to exceed $10,000.00 which shall be advanced at the time the DIP financing is approved by final order.

WHEREFORE, PREMISES CONSIDERED, CFUSA requests a final order approving DIP financing of $1,450,000.00 (inclusive of the $250,000.00 approved by the Interim DIP Financing Order) pursuant the terms set out in this First Amended Motion for DIP Financing. CFUSA also requests much other and further relief as it may show itself justly entitled.

Respectfully submitted,

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

By: */s/ C. Daniel Roberts*
C. Daniel Roberts
Texas Bar No.: 16999200
droberts@cdrlaw.net

*and*

                        Kell C. Mercer, PC
                        1602 E. Cesar Chavez Street
                        Austin, Texas 78702
                        Telephone: (512) 627-3512
                        Facsimile: (512) 597-0767
                        kell.mercer@mercer-law-pc.com

By:   */s/ Kell C. Mercer*
        Kell C. Mercer
        Texas Bar No. 24007668

PROPOSED COUNSEL FOR CLEANFUEL USA, INC.

## **CERTIFICATE OF SERVICE**

     By my signature below, I hereby certify that on the 27th day of April, 2016, a true and correct copy of the foregoing document was served upon the parties on the attached service list via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

                    */s/ C. Daniel Roberts*
                    C. Daniel Roberts

16-10398-hcm Doc#57 Filed 04/27/16 Entered 04/27/16 17:15:37 Main Document Pg 5 of 7

| | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash at 4/3/2016 | 7,215 | | | | | | | | | 7,215 |
| DIP financing - Initial | 250,000 | | | | | | | | | 250,000 |
| DIP financing - Additional | | 600,000 | 600,000 | | | | | | | 1,200,000 |
| Cash receipts | 472,923 | 626,056 | 800,620 | 2,024,307 | 2,821,026 | 1,903,759 | 1,891,465 | 1,953,415 | 1,267,286 | 13,760,857 |
| Subtotal | 730,138 | 1,226,056 | 1,400,620 | 2,024,307 | 2,821,026 | 1,903,759 | 1,891,465 | 1,953,415 | 1,267,286 | 15,218,072 |
| **Cost of Goods Sold** | | | | | | | | | | |
| Primary Material Providers (COD) | 306,510 | 436,383 | 895,708 | 1,524,077 | 1,209,322 | 1,203,658 | 1,168,298 | 845,969 | 547,445 | 8,137,370 |
| Shipping | | 10,000 | 11,000 | 12,500 | 12,500 | 12,500 | 11,000 | 11,000 | 11,000 | 91,500 |
| Payments to Prepetition Critical Vendors | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 400,000 |
| Subtotal | 306,510 | 496,383 | 956,708 | 1,586,577 | 1,271,822 | 1,266,158 | 1,229,298 | 906,969 | 608,445 | 8,628,870 |
| Gross Margin | 423,628 | 729,673 | 443,912 | 437,730 | 1,549,203 | 637,601 | 662,167 | 1,046,446 | 658,841 | 6,589,202 |
| **Operations** | | | | | | | | | | |
| Payroll | 260,000 | 262,750 | 275,000 | 275,000 | 275,000 | 417,500 | 275,000 | 275,000 | 275,000 | 2,590,250 |
| Certifications | 54,900 | 245,000 | 160,000 | 85,000 | | | | | 117,000 | 661,900 |
| Marketing | 5,500 | 3,167 | 667 | 1,467 | 667 | 1,667 | 667 | 667 | 667 | 15,133 |
| Travel & Sales Costs | 9,341 | 26,288 | 26,247 | 28,022 | 23,178 | 19,847 | 22,697 | 22,883 | 19,247 | 197,748 |
| Service & Warranty | 20,030 | 10,000 | 10,000 | 10,000 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 107,530 |
| Trustee & Misc Expenses | | 5,000 | 5,000 | 4,875 | 5,000 | 5,000 | 4,875 | 5,000 | 5,000 | 39,750 |
| Insurance | 11,385 | 10,728 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 137,052 |
| Office Leases | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 14,832 |
| Office Supplies/Expenses | 5,500 | 6,618 | 5,143 | 5,143 | 10,643 | 5,143 | 5,143 | 5,143 | 5,143 | 53,622 |
| Rent | | 10,200 | 10,200 | 10,200 | 10,200 | 22,200 | 10,500 | 10,500 | 10,500 | 94,500 |
| Research & Development | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 | 12,500 | 12,500 | 12,500 | 12,500 | 150,000 |
| Temp Labor | 2,716 | | | | | | | | | 2,716 |
| Telephone & Utilities | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 119,646 |
| | 394,314 | 604,692 | 533,619 | 461,069 | 427,550 | 526,719 | 374,244 | 374,555 | 487,919 | 4,184,679 |
| Monthly net cash increase (decrease) | 29,314 | 124,981 | (89,707) | (23,339) | 1,121,654 | 110,882 | 287,924 | 671,891 | 170,922 | 2,404,523 |
| Cumulative | 29,314 | 154,295 | 64,588 | 41,249 | 1,162,903 | 1,273,785 | 1,561,709 | 2,233,600 | 2,404,523 | |

EXHIBIT A

4/27/2016 3:39 PM

Oklahoma Dept of Revenue
P.O. Box 269060
Oklahoma City, OK 73126-9060

Louisiana Dept of Revenue
P.O. Box 201
Baton Rouge, LA70821-0201

Continental Automotive Italy
Continental
206 Km 28 Loc
Lucian (PISA) Italy

Endress + Hauser Dept. 78795
P.O. Box 78000
Detroit, MI 48278-0795

Eric Taube
Waller, Lansden, Dortch & Davis, LLP
100 Congress Ave, Suite 1800
Austin, Texas 78701

Exotic Automation & Supply
34700 Grand River Ave.
Farmington Hills, MI 48335

Force 911
455 Lively Avenue
Norcoss, GA 30071

Ford Credit
P.O. Box 552679
Detroit, MI 48255-2679

Greg Sales
2626 Ravello Ridge Drive
Austin, Texas 78735

ICOM North America, LLC
54790 Grand River Ave.
New Hudson, MI 48165

John D. White
2510 Avalon Place
Houston, TX 77019-6006

Kent Rubber Supply
c/o Blake Snyder
4655 Clyde Park SWGrand Rapids, MI 49509

Minarik Automation & Control
62303 Collections Center Drive
Chicago, IL 60693

RTD Manufacturing
1150 S. Elm St.
Jackson, MI 49203

Scott, Douglass & McConnico, LLP
303 Colorado St. Ste 2400
Austin, Texas 78701

Select Premium Services, Inc.
102 N. Washington
El Campo, Texas 77437

Stephen G. Crane
P.O. Box 845402
Los Angeles, CA 90084

South Coast Partners, LLC
2626 Ravello Ridge Drive
Austin, Texas 78735

Tejas Propane, LLC
320 Park Lane
Burnet, Texas 78611

Terry Klare
5949 Sherry Lane, Ste 970
Dallas, Texas 75225

Thomas Built Buses
c/o Tommy Smith
1408 Courtesy Road
High Point, NC 27260

Mark C. Taylor
Waller, Lansden, Dortch & Davis, LLP
100 Congress Ave, Suite 1800
Austin, Texas 78701

The Ed Rachal Foundation
555 N. Carancahua, Ste 700
Corpus Christi, TX 78401

US Trustee
903 San Jacinto Blvd, #230
Austin, Texas 78701

Ally
PO Box 9001948
Louisville KY, 40290-1948

Whitney Bank Credit Card Center
P.O. Box 230
Columbus, GA 71007-4688

Whitney Bank
Lake Charles Commercial Lenders
3401 Ryan Street
Lake Charles, LA 70605

Max J. Newman
Butzel Long, P.C.
Stoneridge West, 41000 Woodward
Bloomfield Hills, MI 48304

Cynthia J. Haffey
Butzel Long, P.C.
150 W. Jefferson, Ste 100
Detroit, MI 48374

Ford Motor Credit Co, LLC
c/o Stephen G. Wilcox
P.O. Box 201849
Arlington, Texas 76006

Wells Fargo Equipment
Finance Manufacture
PO Box 7777
San Francisco, CA 94120

United Loan Processing
PO Box 2373
Charleston, WV 25328

Williamson County
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680