

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 03, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CleanFuel USA, Inc., | § | Case No. 16-10398-HCM |
| | § | Chapter 11 |
| Debtor. | § | |

### FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING AND TO GRANT ADMINISTRATIVE SUPER-PRIORITY CLAIM PURSUANT TO 11 U.S.C. §§ 105 AND 364 (c)(1)

On May 2, 2016, the Court conducted a hearing (the "**Final Hearing**") on Debtor's Motion for Authority to Obtain Post-Petition Financing Pursuant to 11 USC §364(c)(1) (the "**Original Motion**"),[1] of CleanFuel USA, Inc., as debtor and debtor-in-possession in the above-captioned chapter 11 case ("**CFUSA**" or "**Debtor**"), pursuant to sections 105(a), 361, 362, 364, and 507 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for interim and final orders, among other things, authorizing the Debtor to enter into a super-priority credit

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed thereto in the Motion.

facility with the Ed Rachal Foundation (the "**Foundation**") (the "**DIP Financing**") and modifying the automatic stay pursuant to section 362 of the Bankruptcy Code to the extent necessary and applicable. The Court entered an Interim Order on April 12, 2016 [Doc. 27]. Notice of the Interim Order and the final hearing on the Motion was sent to all creditors requesting notice, the United States Trustee, all secured creditors and the 20 largest creditors of the Bankruptcy Estate on April 18, 2016. Debtor filed a First Amended Motion to Obtain Post Petition Financing on April 27, 2016. (the "**First Amended Motion**"). The Original Motion and the First Amended Motion shall be referred to herein as the "**Motion**"). ICOM North America, LLC filed an objection to the Motion. With the appearances of the interested parties noted in the record thereof; the Court having read the Motion and considered the evidence and the arguments of counsel appearing regarding the relief requested in the Motion finds and determines as follows:

A. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is core within the meaning of 28 U.S.C. § 157(b). The statutory predicates for the relief sought herein are sections 105(a), 361, 362, 364, and 507 of the Bankruptcy Code, and the procedural grounds are Rules 2002, 4001, and 9014 of the Bankruptcy Rules.

B. Notice of the Final Hearing was given to (i) the Office of the United States Trustee for the Western District of Texas, (ii) counsel for the Foundation, (iii) counsel for ICOM North America, LLC, (iv) United Bank; and (v) Debtor's twenty largest unsecured creditors. Based on the record made by CFUSA, the Court finds that appropriate notice of the Final Hearing has been given and is in compliance with Bankruptcy Rule 4001.

C. The legal and factual bases set forth on the record at the Final Hearing establish just and sufficient cause to grant the relief granted herein. The relief granted herein is in the best interests of CFUSA, its estate, creditors, and all parties in interest and is critical to the continued operations of CFUSA.

D. CFUSA has been unable to obtain unsecured financing or other financing on more favorable terms than those contained herein.

E. The Foundation and CFUSA have negotiated the terms of the DIP Financing on an arm's length basis and the terms of the DIP Financing represent market rate terms or better for a facility of this type and character and the DIP Financing to be extended by the Foundation is done in good faith

F. Debtor has stipulated:

1. that the Foundation holds a valid and enforceable pre-petition debt of $16,658,597.00, (the "**Pre-Petition Claim**") secured by a first priority perfected lien on all of Debtor's assets, including without limitation, Debtor's accounts, accounts receivable, inventory, equipment, personal property, patents, trademarks, copyrights, trade secrets, intellectual property and all proceeds thereof (the "**Pre-Petition Collateral**");

2. Debtor holds no claims of any kind or character, and has no offsets or other defenses to the Pre-Petition Claim;

3. Debtor waives any right to surcharge the Pre-Petition Collateral or any replacement collateral under Section 506 (c) of the Bankruptcy Code in partial consideration for the Foundations willingness to provide the DIP Financing pursuant to the terms described herein.

The Court approves and accepts such stipulations and finds them as facts, subject to any party in interest (other than Debtor) filing an adversary proceeding that challenges the liens and security interests of Lender. Any such adversary proceeding must be filed by no later than August 1, 2016.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted only to the extent stated herein.

2. CFUSA is immediately authorized and empowered to borrow funds pursuant to the terms and conditions of the Promissory Note for the DIP Financing up to the aggregate amount of $1,450,000.00, inclusive of the $250,000.00 previously authorized by the Interim Order (the "**DIP Funding**"); *provided however*, that CFUSA shall use the proceeds of the DIP Funding solely to pay the items set forth on the Budget attached hereto as **Exhibit "A."** unless otherwise agreed to by the Foundation in writing. Any other use of the DIP Funding, except as permitted herein, is and shall be strictly prohibited. On the 20th day of each month, Debtor shall remit to the Foundation, the actual amount of cumulative cash as of the last day of the preceeding month which is in excess of $100,000.00, unless a lesser amount is agreed to by the Foundation in writing. Any such payment shall be applied to the DIP Funding, and shall not reduce any Pre-Petition Claim. Once the DIP Financing is fully satisfied and repaid to Lender, no payments shall be made to Lender for pre-petition debt, except upon further order of this Court. The DIP Funding shall only be used for the purposes specifically set forth in this Order and in the Budget, and for no other purpose. Use of DIP Funding for purposes outside of the Budget, without the written approval of the Foundation, shall constitute a default under the terms of this Order. The DIP Budget may be amended or modified in writing from time to time by the Debtor only with the written consent of the Foundation, in its sole and absolute discretion, and such amendment or

modification shall not require the consent of any Committee, the United States Trustee or any other creditor or party in interest. The Debtor shall file with the Court any updated of modified Budget.

3. CFUSA is hereby authorized to do and perform all acts and to make, execute, deliver and be bound by the terms and conditions of the Promissory Note for the DIP Financing solely up to the aggregate amount of $1,450,000. The DIP Funding shall be mature, due and payable on the earlier of:

    A. December 16, 2016;

    B. The appointment of a trustee or conversion of this Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code;

    C. Three (3) business days following default by Debtor under the terms of this Order and the Foundation providing Debtor and its counsel notice and opportunity to cure; or

    D. Confirmation of a plan.

4. Pursuant to section 364(c)(1) of the Bankruptcy Code, the Foundation is hereby granted a valid, binding, enforceable and allowed super-priority claim in the amount of all funds advanced under the DIP Financing, with priority over any or all administrative expenses of the kind specified in 11 U.S.C. §503(b) or 507(b) now or hereafter allowed, including but not limited to any administrative expense claims allowed in connection with any subsequent proceeding under Chapter 7.

5. If any provision of this Final Order is hereafter modified, vacated, reversed or stayed by subsequent order of this or any other court for any reason, such modification, vacation, reversal or stay shall not affect the validity and priority of the priority status granted under this Final Order.

6. Notwithstanding Rules 6004(h) of the Bankruptcy Rules, this Final Order, and all findings and stipulations contained herein shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness. This Final Order is binding on the Debtor and any successor to the Debtor (including but not limited to any subsequently appointed Trustee, all creditors and any parties in interest.

# # #

Order submitted by:

C, Daniel Roberts
C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

and

Kell C. Mercer
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, Texas 78702
Telephone: (512) 627-3512
Facsimile: (512) 597-0767

PROPOSED ATTORNEYS FOR DEBTOR

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP


By: */s/ Eric J. Taube*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701

(512) 685.6400
(512) 685.6417 (FAX)
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com

ATTORNEYS FOR
THE ED RACHAL FOUNDATION

| | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash at 4/3/2016 | 7,215 | | | | | | | | | 7,215 |
| DIP financing - Initial | 250,000 | | | | | | | | | 250,000 |
| DIP financing - Additional | | 600,000 | 600,000 | | | | | | | 1,200,000 |
| Cash receipts | 472,923 | 626,056 | 800,620 | 2,024,307 | 2,821,026 | 1,903,759 | 1,891,465 | 1,953,415 | 1,267,286 | 13,760,857 |
| Subtotal | 730,138 | 1,226,056 | 1,400,620 | 2,024,307 | 2,821,026 | 1,903,759 | 1,891,465 | 1,953,415 | 1,267,286 | 15,218,072 |
| **Cost of Goods Sold** | | | | | | | | | | |
| Primary Material Providers (COD) | 306,510 | 436,383 | 895,708 | 1,524,077 | 1,209,322 | 1,203,658 | 1,168,298 | 845,969 | 547,445 | 8,137,370 |
| Shipping | | 10,000 | 11,000 | 12,500 | 12,500 | 12,500 | 11,000 | 11,000 | 11,000 | 91,500 |
| Payments to Prepetition Critical Vendors | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 400,000 |
| Subtotal | 306,510 | 496,383 | 956,708 | 1,586,577 | 1,271,822 | 1,266,158 | 1,229,298 | 906,969 | 608,445 | 8,628,870 |
| Gross Margin | 423,628 | 729,673 | 443,912 | 437,730 | 1,549,203 | 637,601 | 662,167 | 1,046,446 | 658,841 | 6,589,202 |
| **Operations** | | | | | | | | | | |
| Payroll | 260,000 | 262,750 | 275,000 | 275,000 | 275,000 | 417,500 | 275,000 | 275,000 | 275,000 | 2,590,250 |
| Certifications | 54,900 | 245,000 | 160,000 | 85,000 | | | | | 117,000 | 661,900 |
| Marketing | 5,500 | 3,167 | 667 | 1,467 | 667 | 1,667 | 667 | 667 | 667 | 15,133 |
| Travel & Sales Costs | 9,341 | 26,288 | 26,247 | 28,022 | 23,178 | 19,847 | 22,697 | 22,883 | 19,247 | 197,748 |
| Service & Warranty | 20,030 | 10,000 | 10,000 | 10,000 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 107,530 |
| Trustee & Misc Expenses | | 5,000 | 5,000 | 4,875 | 5,000 | 5,000 | 4,875 | 5,000 | 5,000 | 39,750 |
| Insurance | 11,385 | 10,728 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 16,420 | 137,052 |
| Office Leases | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 14,832 |
| Office Supplies/Expenses | 5,500 | 6,618 | 5,143 | 5,143 | 5,143 | 5,143 | 5,143 | 5,143 | 5,143 | 53,622 |
| Rent | | 10,200 | 10,200 | 10,200 | 10,643 | 22,200 | 10,500 | 10,500 | 10,500 | 94,500 |
| Research & Development | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 | 12,500 | 12,500 | 12,500 | 12,500 | 150,000 |
| Temp Labor | 2,716 | | | | | | | | | 2,716 |
| Telephone & Utilities | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 13,294 | 119,646 |
| | 394,314 | 604,692 | 533,619 | 461,069 | 427,550 | 526,719 | 374,244 | 374,555 | 487,919 | 4,184,679 |
| Monthly net cash increase (decrease) | 29,314 | 124,981 | (89,707) | (23,339) | 1,121,654 | 110,882 | 287,924 | 671,891 | 170,922 | 2,404,523 |
| Cumulative | 29,314 | 154,295 | 64,588 | 41,249 | 1,162,903 | 1,273,785 | 1,561,709 | 2,233,600 | 2,404,523 | 2,404,523 |

EXHIBIT A

4/27/2016
3:39 PM